# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**C.R. AND P.R., INDIVIDUALLY**
**AND AS PARENTS OF H.R.**      **PLAINTIFFS**

**vs.**      **CASE NO. 4:22CV167-BSM**

**BENTON SCHOOL DISTRICT**      **DEFENDANT**

## ANSWER TO COMPLAINT

Comes now, Benton School District (the "District"), by and through its attorneys, TAYLOR & TAYLOR LAW FIRM, P.A., and for its *Answer* to Plaintiffs' *Complaint* does state:

1. The District admits the allegations in paragraph 1 of Plaintiff's Complaint.

2. The District admits the allegations in paragraph 2 of Plaintiffs' Complaint.

3. The District admits the allegations in paragraph 3 of Plaintiffs' Complaint.

4. The District admits that it is a public school district existing pursuant to Arkansas law. The District denies the remaining allegations in paragraph 4 of Plaintiffs' Complaint.

5. The District admits the existence of the law referenced in paragraph 5 of Plaintiffs' Complaint, but the District denies that Plaintiffs are a prevailing party in proceedings under the IDEA or that Plaintiffs are entitled to attorneys' fees and costs.

6. The District admits that the Plaintiffs are seeking review of an Arkansas Department of Education due process hearing officer's decision, but the District denies that the decision should be reversed and remanded. The District denies the remaining allegations in paragraph 6 of the Plaintiffs' Complaint.

7. The District admits that Plaintiffs are seeking to recover damages pursuant to the laws referenced in paragraph 7 of Plaintiff's Complaint, but the District denies that Plaintiffs are

entitled to such damages. The District denies the remaining allegations in paragraph 7 of Plaintiffs' Complaint.

8. The District admits that Plaintiffs are seeking to recover damages pursuant to the laws referenced in paragraph 8 of Plaintiff's Complaint, but the District denies that Plaintiffs are entitled to such damages. The District denies the remaining allegations in paragraph 8 of Plaintiffs' Complaint.

9. The District admits that this Court has proper jurisdiction over Plaintiffs' claims as stated in paragraph 9 of Plaintiffs' Complaint, but the District denies that Plaintiffs are entitled to attorneys' fees and costs.

10. The District admits that this Court has proper jurisdiction over Plaintiffs' claims as stated in paragraph 10 of Plaintiffs' Complaint, but the District denies that Plaintiffs are entitled to damages.

11. The District admits the allegations in paragraph 11 of Plaintiffs' Complaint.

12. The District admits that Plaintiffs filed a due process complaint against the District, but denies the allegations contained therein.

13. The District admits the allegations in paragraph 13 of Plaintiffs' Complaint.

14. The District admits the allegations in paragraph 14 of Plaintiffs' Complaint.

15. In response to paragraph 15, the District respectfully refers the Court to the *Hearing Officer's Final Decision and Order* in Case No. H-21-34, which speaks for itself. The District denies the remaining allegations in paragraph 15 of Plaintiffs' Complaint.

16. In response to paragraph 16, the District respectfully refers the Court to the *Hearing Officers Final Decision and Order* in Case No. H-21-34, which speaks for itself. The District denies the remaining allegations in paragraph 16 of Plaintiffs' Complaint.

17. The District denies the allegations in paragraph 17 of Plaintiffs' Complaint.

18. The District denies the allegations in paragraph 18 of Plaintiffs' Complaint.

19. In response to paragraph 19, the District respectfully refers the Court to the *Hearing Officers Final Decision and Order* in Case No. H-21-34, which speaks for itself. The District denies the remaining allegations in paragraph 19 of Plaintiffs' Complaint.

20. In response to paragraph 20, the District respectfully refers the Court to the *Hearing Officers Final Decision and Order* in Case No. H-21-34, which speaks for itself. The District denies the remaining allegations in paragraph 20 of Plaintiffs' Complaint.

21. In response to paragraph 21, the District respectfully refers the Court to the *Hearing Officers Final Decision and Order* in Case No. H-21-34, which speaks for itself. The District denies the remaining allegations in paragraph 21 of Plaintiffs' Complaint.

22. In response to paragraph 22, the District respectfully refers the Court to the *Hearing Officers Final Decision and Order* in Case No. H-21-34, which speaks for itself. The District denies the remaining allegations in paragraph 22 of Plaintiffs' Complaint.

22. The District admits that Plaintiffs filed a second due process complaint against the District, but the District specifically denies any and all allegations contained therein. The District respectfully refers the Court to *Due Process Complaint #2*, which speaks for itself. (Plaintiffs' Complaint contains two paragraphs labeled 22. This response refers to the second paragraph labeled 22).

23. The District admits the allegations contained in paragraph 23. The District respectfully refers the Court to the *Hearing Officers Final Decision and Order* in Case No. H-22-05, which speaks for itself.

24. In response to paragraph 24, the District admits that Plaintiffs are appealing from the hearing officer's decision, but the District denies that the decision should be reversed and remanded.

25. The District denies the allegations in paragraph 25 of Plaintiffs' Complaint.

26. The District denies the allegations in paragraph 26 of Plaintiffs' Complaint.

25. In response to paragraph 25, the District denies that Plaintiffs are the prevailing party in their first due process complaint and denies that Plaintiffs are entitled to attorneys' fees and costs. (Plaintiffs' Complaint contains two paragraphs labeled as 25. This response refers to the second paragraph labeled 25).

26. The District denies the allegations in paragraph 26 of Plaintiffs' Complaint. (Plaintiffs' Complaint contains two paragraphs labeled as 26. This response refers to the second paragraph labeled 26).

27. The District admits the allegations in paragraph 27 of Plaintiffs' Complaint.

28. The District respectfully refers the Court to the legal authority cited in paragraph 28. The District otherwise denies any and all allegations contained in paragraph 28 of Plaintiffs' Complaint.

29. Paragraph 29 requires no response. To the extent that a response is required, the District denies the allegations in paragraph 29 of Plaintiffs' Complaint.

30. The District respectfully refers the Court to the legal authority cited in paragraph 30. The District otherwise denies any and all allegations contained in paragraph 30 of Plaintiffs' Complaint.

31. The District respectfully refers the Court to the legal authority cited in paragraph 31. The District otherwise denies any and all allegations contained in paragraph 31 of Plaintiffs' Complaint.

32. The District admits the allegations in paragraph 32 of Plaintiffs' Complaint, but the District denies that Plaintiffs are entitled to relief.

33. Paragraph 33 requires no response. To the extent that a response is required, the District denies the allegations in paragraph 33 of Plaintiffs' Complaint.

34. In response to paragraph 34, the District respectfully refers the Court to *Due Process Complaint #2*, which speaks for itself. The District specifically denies the allegations contained in *Due Process Complaint #2*. The District denies any remaining allegations in paragraph 34 of Plaintiffs' Complaint.

35. In response to paragraph 35, the District respectfully refers the Court to the *Hearing Officers Final Decision and Order* in Case No. H-22-05, which speaks for itself.

36. The District denies the allegations in paragraph 36 of Plaintiffs' Complaint.

37. The District denies the allegations in paragraph 37 of Plaintiffs' Complaint.

38. In response to paragraph 38, the District restates and realleges its responses to Plaintiff's Complaint as contained in paragraphs 1-37 above.

39. The District denies each and every allegation contained in *Due Process Complaint #2*. The District denies any and all remaining allegations contained in paragraph 39 of Plaintiff's Complaint.

40. The District denies the allegations in paragraph 40 of Plaintiffs' Complaint.

41. The District respectfully refers the Court to the legal authority cited in paragraph 41. The District otherwise denies any and all allegations contained in paragraph 41 of Plaintiffs' Complaint.

42. The District denies the allegations in paragraph 42 of Plaintiffs' Complaint.

43. The District admits the allegations in paragraph 43 of Plaintiffs' Complaint.

44. The District denies the allegations in paragraph 44 of Plaintiffs' Complaint.

45. The District denies the allegations in paragraph 45 of Plaintiffs' Complaint.

46. The District denies the allegations in paragraph 46 of Plaintiffs' Complaint.

47. The District respectfully refers the Court to the legal authority cited in paragraph 47, which speaks for itself. The District otherwise denies any and all remaining allegations contained in paragraph 47 of Plaintiffs' Complaint.

48. The District respectfully refers the Court to the legal authority cited in paragraph 48, which speaks for itself. The District otherwise denies any and all remaining allegations contained in paragraph 48 of Plaintiffs' Complaint.

49. The District respectfully refers the Court to the legal authority cited in paragraph 49, which speaks for itself. The District otherwise denies any and all remaining allegations contained in paragraph 49 of Plaintiffs' Complaint.

50. The District respectfully refers the Court to the legal authority cited in paragraph 50, which speaks for itself. The District otherwise denies any and all remaining allegations contained in paragraph 50 of Plaintiffs' Complaint.

51. The District respectfully refers the Court to the legal authority cited in paragraph 51, which speaks for itself. The District otherwise denies any and all remaining allegations contained in paragraph 51 of Plaintiffs' Complaint.

52. The District respectfully refers the Court to the legal authority cited in paragraph 52, which speaks for itself. The District otherwise denies any and all remaining allegations contained in paragraph 52 of Plaintiff's Complaint.

53. The District respectfully refers the Court to the legal authority cited in paragraph 53, which speaks for itself. The District otherwise denies any and all remaining allegations contained in paragraph 53 of Plaintiff's Complaint.

54. The District denies the allegations in paragraph 54 of Plaintiffs' Complaint.

55. The District denies the allegations in paragraph 55 of Plaintiffs' Complaint.

56. The District denies the allegations in paragraph 56 of Plaintiffs' Complaint.

57. The District denies the allegations in paragraph 57 of Plaintiffs' Complaint.

58. The District denies the allegations in paragraph 58 of Plaintiffs' Complaint.

59. In response to paragraph 59, the District restates and realleges its responses to Plaintiff's Complaint as contained in paragraphs 1-58 above.

60. The District denies each and every allegation contained in *Due Process Complaint #2*. The District denies any and all remaining allegations contained in paragraph 60 of Plaintiff's Complaint.

61. The District denies the allegations in paragraph 61 of Plaintiffs' Complaint.

62. The District respectfully refers the Court to the legal authority cited in paragraph 62, which speaks for itself. The District denies any and all remaining allegations in paragraph 62 of Plaintiffs' Complaint.

63. The District denies the allegations in paragraph 63 of Plaintiffs' Complaint.

64. The District admits the allegations in paragraph 64 of Plaintiffs' Complaint.

65. The District denies the allegations in paragraph 65 of Plaintiffs' Complaint.

66. The District denies the allegations in paragraph 66 of Plaintiffs' Complaint.

67. The District denies the allegations in paragraph 67 of Plaintiffs' Complaint.

68. The District respectfully refers the Court to the legal authority cited in paragraph 68, which speaks for itself. The District denies the remaining allegations in paragraph 68 of Plaintiffs' Complaint.

69. The District respectfully refers the Court to the legal authority cited in paragraph 69, which speaks for itself. The District denies the remaining allegations in paragraph 69 of Plaintiffs' Complaint.

70. The District denies the allegations in paragraph 70 of Plaintiffs' Complaint.

71. The District denies the allegations in paragraph 71 of Plaintiffs' Complaint.

72. The District denies the allegations in paragraph 72 of Plaintiffs' Complaint.

73. The District denies the allegations in paragraph 73 of Plaintiffs' Complaint.

74. The District denies the allegations in paragraph 74 of Plaintiffs' Complaint.

75. The District denies the allegations in paragraph 75 of Plaintiffs' Complaint.

76. The District denies the allegations in paragraph 76 of Plaintiffs' Complaint.

77. The District denies the allegations in paragraph 77 of Plaintiffs' Complaint.

78. The District denies the allegations in paragraph 78 of Plaintiffs' Complaint.

79. The District joins Plaintiffs in a demand for a trial by jury.

80. The District denies all allegations, averments, and prayers for relief in the "WHEREFORE" paragraph of Plaintiff's Complaint.

81. The District denies any and all allegations contained in Plaintiff's Complaint that are not specifically admitted herein.

82. The District reserves the right to amend its answer and plead further.

**AFFIRMATIVE DEFENSES**

83. The District affirmatively pleads that all claims in the Complaint are barred by statutory, governmental, and qualified immunity.

84. The District affirmatively pleads all defenses available to it pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

85. The District affirmatively pleads that all claims in the Complaint are barred as a matter of law.

86. The District affirmatively pleads that all claims contained in the Complaint are barred by the relevant statute of limitations.

87. The District affirmatively pleads that Plaintiffs have failed to properly mitigate any damages they may have incurred, and therefore, are not entitled to damages at all.

88. The District affirmatively pleads that Plaintiffs have not been deprived of any right or interest protected by the U.S. Constitution, the Arkansas Constitution, federal law, or Arkansas state law.

89. The District affirmatively pleads that all actions taken by the District were in good faith.

90. The District affirmatively pleads that it acted reasonably and in compliance with both federal and Arkansas state law at all times relevant hereto.

91. The District affirmatively states that it did not authorize any unlawful acts as alleged in the Complaint, and that if any unlawful acts were committed by an employee of the District, those unlawful acts were committed outside the scope of that employee's employment with the District.

92. The District affirmatively pleads that Plaintiffs failed to exhaust their administrative remedies with regard to any and all discrimination and/or retaliation claims contained in the Complaint.

93. The District affirmatively pleads that it has complied with the IDEA and all state and federal regulations related thereto.

94. The District reserves the right to amend or add to these affirmative defenses in future pleadings.

WHEREFORE, the Defendant, Benton School District, respectfully requests that this Court deny the relief sought by Plaintiffs and enter judgment in its favor, or in the alternative, dismiss the Plaintiffs' *Complaint* in its entirety, for attorney's fees and costs, and for all other relief this Court deems just and equitable.

> Respectfully submitted,
> Benton School District,
> *Defendant*
>
> BY:  */s/ Andrew M. Taylor*
> TAYLOR & TAYLOR LAW FIRM, P.A.
> Andrew M. Taylor, Ark. Bar No. 2005147
> Jennifer Williams Flinn, Ark. Bar No. 2006299
> 12921 Cantrell Road, Suite 205
> Little Rock, AR 72223
> Phone: (501) 246-8004
> Fax:    (501) 246-8009
> Email: Andy@TaylorLawFirm.com
>             Jennifer@TaylorLawFirm.com
>
> *Counsel for Defendant*