# UNITED STATES DISTRICT COURT
for the

Easten District of Arkansas

C.R. and P.R., Individually and as Parents of H.R.

*Plaintiff*

v.

Benton School District

*Defendant*

Case No. 4:22-cv-00167-BSM

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs C.R. and P.R., Individually and as Parents of H.R.

Date: May 8, 2023

John Clayburn Fendley, Jr. AR92172
*Attorney's printed name and bar number*

14 Alban Lane, Little Rock, AR 72223
*Address*

clay@specedattorney.com
*E-mail address*

501-350-2573
*Telephone number*

501-325-1502
*FAX number*