# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**C.R. and P.R., Individually**
**and as Parents of H.R.**                                                **PLAINTIFFS**

**v.**                  **NO. 4:22-cv-00167-BSM**

**BENTON SCHOOL DISTRICT**                                        **DEFENDANT**

## MOTION TO DISMISS
## DISABILITY DISCRIMINATION CLAIM
## WITHOUT PREJUDICE

Plaintiffs for their Motion to Dismiss Disability Discrimination Claim Without Prejudice state:

1. Plaintiffs move to dismiss without prejudice Count II of their First Amended and Supplemental Complaint (Doc. No. 8) for disability discrimination pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. *See* **Doc. No. 8, ¶¶40-62**.

2. Dismissal without prejudice is proper.

3. Defendant has no counterclaim to Count II for disability discrmination. *See* **Doc. No. 10**.

WHEREFORE, Plaintiffs pray that Count II of their Complaint (Doc. No. 8) for disability discrimination be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and, that Plaintiffs be awarded all other just and proper relief to which they may be entitled.

Respectfully submitted,

Theresa L. Caldwell
Arkansas Bar Number 91163
Clay Fendley
Arkansas Bar Number 92182
Attorney for Plaintiffs
**CALDWELL LAW OFFICE**
14 Alban Lane
Little Rock, Arkansas 72223
Tel.: 501-414-0434
Email: tlcatty@gmail.com
Email: clay@specedattorney.com