IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOES,** *C.R. and P.R., Individually*                             **PLAINTIFFS**
*and as Parents of H.R.*

v.              CASE NO. 4:22-CV-00167-BSM

**BENTON SCHOOL DISTRICT**                                     **DEFENDANT**

## **ORDER**

Plaintiffs' motion to dismiss Count II of their first amended and supplemental complaint without prejudice [Doc. No. 13] is granted.

IT IS SO ORDERED this 12th day of May, 2023.

                                                              /s/ Brian S. Miller
                                                        UNITED STATES DISTRICT JUDGE