**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **C.R. AND P.R., INDIVIDUALLY** | |
| **AND AS PARENTS OF H.R.** | **PLAINTIFFS** |
| **vs.**       **CASE NO. 4:22CV167-BSM** | |
| **BENTON SCHOOL DISTRICT** | **DEFENDANT** |

**JOINT STATUS REPORT**

COME NOW the Plaintiffs, by and through their attorney, Theresa L. Caldwell, and the Defendant, by and through its attorneys, Andrew M. Taylor and Jennifer Williams Flinn, collectively, the "Parties", and for their Joint Status Report in accordance with the Court's Final Scheduling Order (Doc. No. 7), state:

1.    The Parties have had informal discussions about settlement but have not engaged in a formal settlement conference or mediation and are hopeful that formal mediation will be unnecessary.

2.    If the matter cannot be resolved, the Parties think the trial will take one (1) day.

> Respectfully submitted,
> Benton School District,
> *Defendant*

BY:  */s/ Andrew M. Taylor*
     TAYLOR & TAYLOR LAW FIRM, P.A.
     Andrew M. Taylor, Ark. Bar No. 2005147
     Jennifer Williams Flinn, Ark. Bar No. 2006299
     12921 Cantrell Road, Suite 205
     Little Rock, AR 72223
     Phone: (501) 246-8004
     Fax:   (501) 246-8009
     Email: Andy@TaylorLawFirm.com
           Jennifer@TaylorLawFirm.com

*Counsel for Defendant*

AND

C.R. and P.R., Individually and as Parents of H.R.,
*Plaintiffs*

BY:    */s/ Theresa L. Caldwell*
Theresa L. Caldwell, Ark. Bar No. 91163
CALDWELL LAW OFFICE
14 Alban Lane
Little Rock, Arkansas 72223
Tel.: 501-414-0434
E-mail: theresa@specedattorney.com

*Counsel for Plaintiffs*