IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| C.R. and P.R., Individually, and as Parents of H.R., <br><br> Plaintiffs <br><br> v. <br><br> BENTON SCHOOL DISTRICT, <br><br> Defendant | § § § § § § § § § § § § <br><br> CASE NO. 4:22-cv-00167-BSM |

## MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs C.R. and P.R. for their Motion for Attorneys' Fees and Costs state:

1. Plaintiffs are the prevailing party in state administrative proceedings and proceedings in this Court on their due process complaint against the Benton School District ("District") pursuant to the Individuals with Disabilities Education Act ("IDEA"). As the prevailing party, Plaintiffs

may recover a reasonable attorneys' fees as costs under the IDEA, 20 U.S.C. §1415(i)(3).

2. <u>Parents seek an award of attorneys' fees and costs in the amount of $60,792.80</u>. The amount represents an attorneys' fee of $52,587.50 for the work of lead counsel Theresa L. Caldwell, $5,841.68 for the work of Clay Fendley, of counsel, $970.82 in administrative work, and $1,392.80 for costs.

3. Plaintiffs submit in support of the motion the following exhibits:

Exhibit A – Declaration of Theresa L. Caldwell

Exhibit B – Declaration of Clay Fendley

Exhibit C – Declaration of Paul J. James

Exhibit D – Declaration of Austin Porter, Jr.

4. Plaintiffs incorporate by reference its memorandum brief filed in support of this motion as is set forth word for word herein.

WHEREFORE, *Plaintiffs pray that they be awarded their attorneys' fees and costs in the amount of $60,792.80*; and, that Plaintiffs be awarded all other just and proper relief to which he may be entitled.

Respectfully submitted,

Theresa L. Caldwell
Arkansas Bar Number 91163
Clay Fendley
Arkansas Bar Number 92182
Attorney for Plaintiffs

**CALDWELL LAW OFFICE**
14 Alban Lane
Little Rock, Arkansas 72223
Tel.: 501-414-0434
Email: tlcatty@gmail.com
Email: clay@specedattorney.com