# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**C.R. and P.R., Individually**
**and as Parents of H.R.**                                                                 **PLAINTIFFS**

**v.**                              **NO. 4:22-cv-00167-BSM**

**BENTON SCHOOL DISTRICT**                                                         **DEFENDANT**

## DECLARATION OF CLAY FENDLEY

I, Clay Fendley, pursuant to 28 U.S.C. §1746, declare as follows:

1.  I am of counsel for Caldwell Law Office ("CLO"), a law firm and counsel for Plaintiffs. I am an attorney in good standing licensed to practice law in state and federal court in Arkansas since 1992. Since I began practicing law, I have been involved in various kinds of civil rights litigation, representing both plaintiffs and defendants. Since 2017, I have been of counsel for CLO and worked almost exclusively representing parents in Individuals with Disabilities Education Act ("IDEA") cases, disability discrimination cases, and other related civil rights litigation.

2.  I am a member of the Counsel of Parents' Attorneys and Advocates ("COPAA"). I most recently attended the 2023 COPAA conference in San Francisco, California to receive continuing legal education relevant to my practice at the expense of CLO.

3.     Since December of 2020, I have lived and worked remotely for CLO from New Mexico. Generally, I review the records provided by parents, research, and draft the due process complaint for Caldwell to review, revise, and file. I do not otherwise participate in the due process hearing. After the due process hearing, I generally draft the post-hearing brief for Caldwell to review, revise, and file. If we prevail, I will prepare the federal complaint seeking IDEA attorneys' fees and costs. If we lose and we appeal, I will prepare the federal complaint seeking review of the HO's decision. I did all these things in this case. This is an efficient system that minimizes the amount of duplicative attorney time spent on cases.

4.     I maintained contemporaneous time records of my work on this case, and in so doing, I exercised billing judgment to remove all unnecessary, unreasonable and/or duplicative time. My time has been entered into Clockify billing software. It is my opinion that the time I entered into Clockify was reasonable and necessary.

5.     I downloaded all of my time entered into Clockify into a spreadsheet attached hereto. I worked a total of 26.78 hours on these cases.

6.     I then removed all time pertaining to Plaintiffs' disability discrimination claim that was voluntarily dismissed. I worked a total of 23.38 hours drafting due process complaints and/or post-hearing briefs, defending the

hearing officer's decisions, and seeking to recover attorneys' fees in this Court. Thus, my total hours reasonably spent on this case is 23.38 hours.

7. Plaintiffs seek attorneys' fees for my work on this case at an hourly rate of $250.00 per hour. Thus, Plaintiffs seek a fee award of $5,841.68 for my work on this case.

8. Based on my experience in this legal community and knowledge of rates charged by other lawyers for the kind and quality of legal services I provided, this is a reasonable hourly rate for my work on this case.

9. Most recently, I was awarded fees at a rate of $250.00 per hour in *A.W. v. Pulaski Cnty. Special Sch. Dist.*, No. 4:22CV00168 JM, 2023 WL 5959496, at *2 (E.D. Ark. Sept. 13, 2023).

10. In a 2019 civil rights case, associate counsel was awarded attorneys' fees at a rate of $300.00 per hour for monitoring compliance with a school district's implementation of a consent decree. *Little Rock Sch. Dist. v. Pulaski Cty. Special Sch. Dist.*, No. 4:82-CV-866-DPM, 2019 WL 3408892, at *2 (E.D. Ark. July 26, 2019) (awarding $300.00 per hour to Austin Porter, Jr.).

11. I concur in Theresa L. Caldwell's request that she be awarded fees at $350.00 per hour.

12. With the help of a law clerk, I reviewed all Arkansas due process hearing decisions since 2008-2009 through June 21, 2023, and prepared the *Review of IDEA Due Process Hearing Decisions* attached hereto and incorporated herein by reference. In sum, Caldwell is the only Arkansas lawyer regularly handling IDEA cases. In the last five years, she has won 76 percent of her due process hearings. These results establish her as one of the best IDEA lawyers in the United States.

13. Federal courts in Arkansas have devalued Caldwell's work and, ironically, used her "expertise" as a reason to reduce her compensable hours. I prepared the attached summary of CLO fee awards of fees and costs since 2017, which is hereby incorporated by reference. It shows that CLO has on average received just 52 percent of its total fees and costs.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Clay Fendley

DATE: 10/12/2023

JCF Time 22-167 - All

| Project | Description | Time | Rate | Amount |
|---|---|---|---|---|
| Federal IDEA Fees and 504 | Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees | 2.17 | 250.00 | 541.67 |
| Federal IDEA Fees and 504 | Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees | 1.90 | 250.00 | 475.00 |
| Federal IDEA Fees and 504 | Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees | 1.40 | 250.00 | 350.00 |
| Federal IDEA Fees and 504 | Discussed with TLC; email to Andy Taylor re: revised proposal for how to proceed | 0.15 | 250.00 | 37.50 |
| Federal IDEA Fees and 504 | Reviewed pleadings re: preparation of pretrial disclosures; email to counsel re: agreement for new scheduling order | 0.68 | 250.00 | 170.83 |
| Federal IDEA Fees and 504 | Phone message from att'y Taylor; forwarded to TLC with message; reply from TLC; email to Taylor re: settlement offer and trial prepa | 0.18 | 250.00 | 45.83 |
| Federal IDEA Fees and 504 | Email from counsel re: making settlement demand; email to Darlene re: pulling invoices | 0.10 | 250.00 | 25.00 |
| Federal IDEA Fees and 504 | Prepared and filed motion to dismiss without prejudice | 0.28 | 250.00 | 70.83 |
| Federal IDEA Fees and 504 | Telephone conference with client re: dropping 504 claim; telephone conference with TLC; emailed counsel re: intent to dismiss 504 cl | 0.28 | 250.00 | 70.83 |
| Federal IDEA Fees and 504 | Telephone conference with client re: discovery and whether to drop 504 claim | 0.40 | 250.00 | 100.00 |
| Federal IDEA Fees and 504 | Emails from client; emailed reply | 0.18 | 250.00 | 45.83 |
| Federal IDEA Fees and 504 | Email from counsel with first set of discovery re: 504 claim; prepared draft responses; emailed to client for review | 1.33 | 250.00 | 333.33 |
| Federal IDEA Fees and 504 | Email from counsel re: depositions dates; reviewed complaint; email to client re: deposition dates; email to counsel re: same | 0.35 | 250.00 | 87.50 |
| Federal IDEA Fees and 504 | Email from counsel re: discovery, depositions, and settlement; reviewed Complaint re: settlement demand; | 0.15 | 250.00 | 37.50 |
| Federal IDEA Fees and 504 | Reviewed file re: status and upcoming deadlines | 0.17 | 250.00 | 41.67 |
| Federal IDEA Fees and 504 | Reviewed Answer and Counterclaim; calendared; prepared Answer to Counterclaim; emailed to TLC for review and filing | 0.43 | 250.00 | 108.33 |
| Federal IDEA Fees and 504 | Email from att'y Flinn, reviewed pleadings, emailed reply | 0.13 | 250.00 | 33.33 |
| Federal IDEA Fees and 504 | Email from att'y Flinn re: appeal; emailed reply re: filing amended complaint; reviewed and revised amended complaint; emailed to TL | 1.00 | 250.00 | 250.00 |
| Federal IDEA Fees and 504 | Reviewed emails; follow -up email re: appeal? | 0.32 | 250.00 | 79.17 |
| Federal IDEA Fees and 504 | Reviewed District's initial disclosures and prepared our initial disclosures | 0.43 | 250.00 | 108.33 |
| Federal IDEA Fees and 504 | Email from counsel re: amendment; emailed reply | 0.12 | 250.00 | 29.17 |
| Federal IDEA Fees and 504 | Preparation of first amended complaint re: DPH#3; email to TLC | 1.60 | 250.00 | 400.00 |
| Federal IDEA Fees and 504 | Email from att'y Taylor re: 26(f) report; researched discovery on fee claim; discussed with TLC; emailed reply | 0.50 | 250.00 | 125.00 |
| Federal IDEA Fees and 504 | Reviewed draft 26(f) report; email to counsel re: same | 0.42 | 250.00 | 104.17 |
| Ross-DPC#3 | Reviewed HO's decision; prepared attorney notes | 0.15 | 250.00 | 37.50 |
| Ross-DPC#3 | Reviewed HO's decision | 0.10 | 250.00 | 25.00 |
| Federal IDEA Fees and 504 | Reviewed emails re: 26(f) report; email to District re: preparing draft report | 0.10 | 250.00 | 25.00 |
| ROSS, HENRY - DPH #2 | Reviewed transcripts; drafted post hearing brief | 3.52 | 250.00 | 879.17 |
| ROSS, HENRY - DPH #2 | Email from TLC re: post-hearing brief; reviewed transcripts; drafted post hearing brief | 3.32 | 250.00 | 829.17 |
| Federal IDEA Fees and 504 | Reviewed Answer; email to TLC | 0.13 | 250.00 | 33.33 |
| Ross-DPC#3 | Discussed with TLC; reviewed parent records; records from file; drafted due process complaint; email to TLC | 2.22 | 250.00 | 554.17 |
| Federal IDEA Fees and 504 | Reviewed complaint filed by TLC with additional claims re: need to file amended complaint before service; email to TLC | 0.37 | 250.00 | 91.67 |
| Federal IDEA Fees and 504 | Reviewed draft complaint; prepared civil cover sheet; prepared for filing | 0.33 | 250.00 | 83.33 |
| Federal IDEA Fees and 504 | Reviewed and revised draft complaint; email to TLC re: filing | 0.25 | 250.00 | 62.50 |
| ROSS, HENRY - DPH #2 | Reviewed HO's decision re: appeal; email to TLC | 0.60 | 250.00 | 150.00 |
| Federal IDEA Fees and 504 | Reviewed record and drafted complaint for IDEA fees and 504 | 1.02 | 250.00 | 254.17 |
| | **TOTAL** | **26.78** | | **6,695.83** |

JCF Time 22-167 - Compensable

| Project | Description | Time | Rate | Amount |
|---|---|---|---|---|
| Federal IDEA Fees and 504 | Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees | 2.17 | 250.00 | 541.67 |
| Federal IDEA Fees and 504 | Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees | 1.90 | 250.00 | 475.00 |
| Federal IDEA Fees and 504 | Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees | 1.40 | 250.00 | 350.00 |
| Federal IDEA Fees and 504 | Discussed with TLC; email to Andy Taylor re: revised proposal for how to proceed | 0.15 | 250.00 | 37.50 |
| Federal IDEA Fees and 504 | Reviewed pleadings re: preparation of pretrial disclosures; email to counsel re: agreement for new scheduling order | 0.68 | 250.00 | 170.83 |
| Federal IDEA Fees and 504 | Phone message from att'y Taylor; forwarded to TLC with message; reply from TLC; email to Taylor re: settlement offer and trial preparation | 0.18 | 250.00 | 45.83 |
| Federal IDEA Fees and 504 | Email from counsel re: making settlement demand; email to Darlene re: pulling invoices | 0.10 | 250.00 | 25.00 |
| Federal IDEA Fees and 504 | Reviewed file re: status and upcoming deadlines | 0.17 | 250.00 | 41.67 |
| Federal IDEA Fees and 504 | Reviewed Answer and Counterclaim; calendared; prepared Answer to Counterclaim; emailed to TLC for review and filing | 0.43 | 250.00 | 108.33 |
| Federal IDEA Fees and 504 | Email from att'y Flinn, reviewed pleadings, emailed reply | 0.13 | 250.00 | 33.33 |
| Federal IDEA Fees and 504 | Email from att'y Flinn re: appeal; emailed reply re: filing amended complaint; reviewed and revised amended complaint; emailed to TLC for review and filing | 1.00 | 250.00 | 250.00 |
| Federal IDEA Fees and 504 | Reviewed emails; follow -up email re: appeal? | 0.32 | 250.00 | 79.17 |
| Federal IDEA Fees and 504 | Email from counsel re: amendment; emailed reply | 0.12 | 250.00 | 29.17 |
| Federal IDEA Fees and 504 | Preparation of first amended complaint re: DPH#3; email to TLC | 1.60 | 250.00 | 400.00 |
| Federal IDEA Fees and 504 | Email from att'y Taylor re: 26(f) report; researched discovery on fee claim; discussed with TLC; emailed reply | 0.50 | 250.00 | 125.00 |
| Federal IDEA Fees and 504 | Reviewed draft 26(f) report; email to counsel re: same | 0.42 | 250.00 | 104.17 |
| Ross-DPC#3 | Reviewed HO's decision; prepared attorney notes | 0.15 | 250.00 | 37.50 |
| Ross-DPC#3 | Reviewed HO's decision | 0.10 | 250.00 | 25.00 |
| Federal IDEA Fees and 504 | Reviewed emails re: 26(f) report; email to District re: preparing draft report | 0.10 | 250.00 | 25.00 |
| ROSS, HENRY - DPH #2 | Reviewed transcripts; drafted post hearing brief | 3.52 | 250.00 | 879.17 |
| ROSS, HENRY - DPH #2 | Email from TLC re: post-hearing brief; reviewed transcripts; drafted post hearing brief | 3.32 | 250.00 | 829.17 |
| Federal IDEA Fees and 504 | Reviewed Answer; email to TLC | 0.13 | 250.00 | 33.33 |
| Ross-DPC#3 | Discussed with TLC; reviewed parent records; records from file; drafted due process complaint; email to TLC | 2.22 | 250.00 | 554.17 |
| Federal IDEA Fees and 504 | Reviewed complaint filed by TLC with additional claims re: need to file amended complaint before service; email to TLC | 0.37 | 250.00 | 91.67 |
| Federal IDEA Fees and 504 | Reviewed draft complaint; prepared civil cover sheet; prepared for filing | 0.33 | 250.00 | 83.33 |
| Federal IDEA Fees and 504 | Reviewed and revised draft complaint; email to TLC re: filing | 0.25 | 250.00 | 62.50 |
| ROSS, HENRY - DPH #2 | Reviewed HO's decision re: appeal; email to TLC | 0.60 | 250.00 | 150.00 |
| Federal IDEA Fees and 504 | Reviewed record and drafted complaint for IDEA fees and 504 | 1.02 | 250.00 | 254.17 |
| | Total | 23.38 | | 5,841.68 |

# Review of Arkansas
# IDEA Due Process Hearing Decisions
# 2008-2009 to June 21, 2023

1.	The Arkansas Department of Education ("ADE") maintains an online archive of due process hearing decisions conducted pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*[1]

2.	ADE's archive includes decisions from 2008-2009 to the present.

3.	A law clerk compiled data from ADE's archive of due process hearing decisions into the spreadsheet attached hereto as **Exhibit 1**.

4.	**Exhibit 1** reveals the following facts:

	a.	From 2008-2009 to the present, ADE's archive includes 97 due process hearing decisions.

	b.	From 2008-2009 to the present, Theresa Caldwell represented the parents in 74 of the 97 due process hearing decisions, 76 percent.

	c.	From 2008-2009 to the present, no other lawyer represented parents in more than four due process hearings.

	d.	Thus, since 2008-2009, Caldwell has been the only lawyer in Arkansas specializing in special education law and regularly litigating IDEA due process hearings.

	e.	From 2008-2009 to the present, parents represented by Caldwell prevailed[2] in 45 of 74 due process hearings, 61 percent.

	f.	From 2008-2009 to the present, parents *not* represented by Caldwell prevailed in 7 of 23 due process hearings, 30 percent.

	g.	From 2008-2009 to the present, parents *not* represented by a lawyer prevailed in 0 of 7 due process hearings.

---

[1] *See* https://dese.ade.arkansas.gov/Offices/special-education/dispute-resolution/due-process-hearings (last accessed on June 20, 2023).
[2] The parent(s) prevailed on any issue.

    h. From 2008-2009 to the present, parents represented by a lawyer but *not* represented by Caldwell prevailed in 7 of 16 due process hearings, 44 percent.

    i. From 2008-2009 to the present, school districts were represented by a lawyer in all 97 due process hearings.

    j. In the last five years (2018-2019 to present), Caldwell represented parents in 33 of 42 due process hearings, 79 percent.

    k. In the last five years (2018-2019 to present), no other lawyer represented parents in more than two due process hearings.

    l. In the last five years (2018-2019 to present), parents represented by Caldwell prevailed in 25 of 33 due process hearings, 76 percent.

    m. In the last five years (2018-2019 to present), parents *not* represented by Caldwell prevailed in 2 of 8 due process hearings, 25 percent.

    n. In the last five years (2018-2019 to present), parents *not* represented by a lawyer prevailed in 0 of 1 due process hearings.

    o. In the last five years (2018-2019 to present), parents represented by a lawyer but *not* represented by Caldwell prevailed in 2 of 7 due process hearings, 29 percent.

  5. Arkansas schools enroll 476,579 students.[3] If 12 percent of Arkansas students qualify for special education, there are around 57,000 special education students in Arkansas.

  6. Therefore, TLC is the only lawyer specializing in special education law available to the parents of 57,000 special education students in Arkansas.

  7. TLC's success rate exceeds that of her peers in other states. According to data gathered by Roy Atwood[4] for his presentation at the 2023 annual

---

[3] *See* https://adedata.arkansas.gov/Ark12 (last accessed on June 20, 2023).
[4] Presentation prepared by Roy Atwood, Atwood Gameros LLP, and Benjamin J. Hinerfeld, Law Office of Benjamin J. Hinerfeld.

convention of the Council of Parents, Advocates, and Attorneys ("COPAA") (May 2, 2023):

      a.    Over twelve years, North Carolina pro se parents prevailed on at least one issue in just 11.1 % of the cases, while those with counsel were five times more likely to prevail on at least one issue (51.3%). Lisa Lukasik, *Special Education Litigation: An Empirical Analysis of North Carolina's First Tier*, 118 W. Va. L Rev. 735, 775 (2016).

      b.    Over a five-year period, Pennsylvania parents who had legal counsel prevailed 58.75% of the time whereas pro se parents prevailed only 16.28% of the time. Kevin Hoagland-Hanson, *Comment: Getting Their Due (Process): Parents and Lawyers in Special Education Due Process Hearings in Pennsylvania*, 163 U. Penn. L. Rev. 1806, 1820 (2015).

      c.    In Maryland, "Project HEAL produced a report analyzing each of the 105 due process hearings from fiscal year 2014 to the second quarter of fiscal year 2019, most of which were initiated by the parents. Judges sided with school districts in all but 14 cases. No parents won if they represented themselves." Talia Richman, *'Why would we even try?' Parents of disabled students almost never win in fights against Maryland districts*, Baltimore Sun, May 2, 2019, https://www.baltimoresun.com/news/investigations/bs-mddue-process-hearings-20190502-story.html (cited in Todd Carney, *How Increased Legal Representation Can Close the Gap in Special Education Discrepancies*, 37 Touro L. Rev. 22, 60 (2021)).

      d.    In Texas, in an analysis of 139 due process hearing cases filed between 2011 and 2015, families that were represented by counsel prevailed 34% of the time. Families that were not represented by counsel prevailed 12.5% of the time. G. Thomas Schandling, *Analysis of Special Education Due Process Hearings in Texas*, Sage Open (June 14, 2017).

Prepared by:

Clay Fendley, Ark. Bar No. 92182
Of Counsel, Caldwell Law Office
June 21, 2023

**Arkansas Due Process Hearing Decisions 2008-2009 to the Present**

| # | Case No. | Hearing Officer | Date Filed | Parent Counsel | District | District Counsel | Hearing Days | Prevailing Party | Date of Decision | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2008-09** | | | | | | | | | |
| 1 | H-09-19/H-10-03 | James M. Ammel | 4/19/2009 | Theresa Caldwell | South Conway School Disctrict | William Brazil | 16 | Parent | 4/17/2010 | 363 |
| 2 | H-09-24 | Gary J. Corrothers | 5/12/2009 | Parents | Bentonville School District | Rudy Moore | 1 | District | 7/30/2009 | 79 |
| 3 | H-09-14 | Robert B. Doyle, Ph.D | 2/20/2009 | Theresa Caldwell | Pocahontas School District | Donn Mixon | 7 | District | 6/23/2009 | 123 |
| | **2009-10** | | | | | | | | | |
| 4 | H-10-22 | Robert B. Doyle, Ph.D. | 5/17/2010 | Theresa Caldwell | Benton School District | Pamela Osment | 4 | District | 9/27/2010 | 133 |
| 5 | H-10-14 | Gary J. Corrothers | 12/31/2009 | Theresa Caldwell | Mountian Home School District | Roger L. Morgan | 9 | Parent | 8/7/2010 | 219 |
| 6 | H-10-10, H-10-09, H-10-08 | Robert B. Doyle, Ph.D. | 10/5/2009 | Theresa Caldwell | Hot Springs School District and Fountian Lake School District | HSS- Paul Blume FLS- Jay Bequette | 5 | Parent | 6/21/2010 | 259 |
| | **2010-11** | | | | | | | | | |
| 7 | H-11-17 | Robert B. Doyle, Ph.D. | 1/3/2011 | Parent | Harrison School District | Sharon Streett | 2 | District | 3/28/2011 | 84 |
| 8 | H-11-14 | Robert B. Doyle, Ph.D. | 11/18/2010 | Theresa Caldwell | Pulaski County Special School District | George J. Bequette, Jr and Keith I. Billingsley | 2 | Parent | 3/22/2011 | 124 |
| 9 | H-11-12 | Gary J. Corrothers | 11/12/2010 | Theresa Caldwell | Guy-Perkins School District | William Brazil | 6 | District | 8/18/2011 | 279 |
| | **2011-12** | | | | | | | | | |
| 10 | H-12-08 | Robert B. Doyle, Ph.D. | 10/10/2011 | Theresa Caldwell | Clarksville School District and Arkansas School for the Deaf | CSD- Sharon Streett ASD- Amanda Gibson | 23 | District | 1/11/2013 | 459 |
| 11 | H-12-01 | Robert B. Doyle, Ph.D. | 8/18/2011 | Theresa Caldwell | Hope School District | Pamela Osment | 3 | District | 12/1/2011 | 105 |
| | **2012-13** | | | | | | | | | |
| 12 | H-13-02 | Robert B. Doyle, Ph.D. | 7/24/2012 | Emily Kearns | Benton School District | Pamela Osment | 1 | District | 10/26/2012 | 94 |
| 13 | H-13-15 | Danna J. Young | 12/11/2012 | Pat Hays | Cabot School District | Pamela Osment | 7 | Parent | 7/5/2013 | 206 |
| 14 | H-13-24 | Micheal McCauley | 5/14/2013 | Theresa Caldwell | Little Rock School District | Khayyam Eddings | 3 | District | 7/1/2013 | 48 |
| 15 | H-13-28 | Danna J. Young | 6/4/2013 | John Verkamp | Booneville School District | Jay Bequette | 1 | District | N/A | |
| 16 | H-13-03 | Robert B. Doyle, Ph.D. | 7/24/2012 | Emily Kearns | Benton School District | Pamela Osment | 1 | District | 11/3/2012 | 102 |
| | **2013-14** | | | | | | | | | |
| 17 | H-14-12 | Danna J. Young | 12/4/2013 | Theresa Caldwell | Bentonville School District | Marshall Ney | 4 | District | 3/13/2014 | 99 |
| 18 | H-14-03 | Robert B. Doyle, Ph.D. | 8/19/2013 | Theresa Caldwell | Bentonville School District | Marshall Ney | 3 | Parent | 11/25/2013 | 98 |

Exhibit 1 to Review

| # | Case No. | Hearing Officer | Date | Filed By | District | Attorney | Days | Prevailing | Decision Date | Pages |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | H-14-30 | Robert B. Doyle, Ph.D. | 3/31/2014 | Parent | El Dorado School District | Sharon Streett | 1 | District | 5/19/2014 | 49 |
| 20 | H-14-31 | Robert B. Doyle, Ph.D. | 3/31/2014 | Parent | El Dorado School District | Sharon Streett | 1 | District | 6/9/2014 | 70 |
| **2014-15** | | | | | | | | | | |
| 21 | H-15-07 | Danna J. Young | 9/30/2014 | Theresa Caldwell | Bentonville School District | Marshall Ney | 3 | District | 3/2/2015 | 153 |
| 22 | H-15-10 | Robert B. Doyle, Ph.D. | 10/2/2014 | Theresa Caldwell | Paris School District | Jay Bequette | 7 | Parent | 5/26/2015 | 236 |
| 23 | H-15-21 | Gary J. Corrothers | 3/14/2015 | Theresa Caldwell | Texarkana School District | Jay Bequette and Richard N. Dodson | 6 | Parent | 9/20/2015 | 190 |
| 24 | H-15-04 | Danna J. Young | 9/30/2014 | Theresa Caldwell | Bentonville School District | Marshall Ney | 5 | District | 1/12/2015 | 104 |
| 25 | H-15-23 | Micheal McCauley | 3/26/2015 | Theresa Caldwell | Rogers School District | Vicki Vasser | 3 | District | 10/16/2015 | 204 |
| 26 | H-15-12 | Robert B. Doyle, Ph.D. | 10/20/2014 | Theresa Caldwell | Mountian Home School District | Sharon Streett | 9 | District | 10/29/2015 | 374 |
| 27 | H-15-26 | Danna J. Young | 4/22/2015 | Theresa Caldwell | Sloan-Hendrix School District | Redacted | 3 | Parent | 10/29/2015 | 190 |
| **2015-16** | | | | | | | | | | |
| 28 | H-16-14 | Micheal McCauley | 3/26/2015 | Lawrence Walker | Little Rock School District | Khayyam Eddings | 1 | Parent | 11/19/2015 | 238 |
| 29 | EH-16-21 | Micheal McCauley | 11/24/2015 | Parent | Paris School District | Jay Bequette | 1 | District | 12/3/2015 | 9 |
| 30 | H-16-04 | Robert B. Doyle, Ph.D. | 7/22/2015 | Theresa Caldwell | Ozark School District | Jay Bequette | 4 | Parent | 12/11/2015 | 142 |
| 31 | EH-16-29 | Gary J. Corrothers | 12/4/2015 | Theresa Caldwell | Texarkana School District | Jay Bequette | 2 | District | 3/3/2016 | 90 |
| 32 | H-16-28 | Danna J. Young | 12/14/2015 | Parent | Pulaski County Special School District | Sharon Streett | 1 | District | 3/25/2016 | 102 |
| 33 | H-16-34 | Danna J. Young | 2/25/2016 | Thomas Nichols and Cassie Howell | Earle School District | Jay Bequette | 3 | Parent | 6/17/2016 | 113 |
| 34 | H-16-33 | Gary J. Corrothers | 2/22/2016 | Theresa Caldwell | Kipp Delta School District | Donn Mixon | 2 | Parent | 8/1/2016 | 161 |
| 35 | H-16-35 | Robert B. Doyle, Ph.D. | 2/29/2016 | Theresa Caldwell | North Little Rock School District | Jay Bequette | 4 | Parent | 8/1/2016 | 154 |
| 36 | H-16-42 | Robert B. Doyle, Ph.D. | 4/27/2016 | Theresa Caldwell | Ceder Ridge School District | Sharon Streett | 3 | District | 9/6/2016 | 132 |
| 37 | H-16-42 | Gary J. Corrothers | 12/14/2015 | Theresa Caldwell | Texarkana School District | Jay Bequette and Richard N. Dodson | 2 | Parent | 9/12/2016 | 273 |
| 38 | H-16-12 | Robert B. Doyle, Ph.D. | 8/26/2015 | Theresa Caldwell | Forrest City School District | Sharon Streett | 5 | District | 9/23/2016 | 394 |
| 39 | H-16-44 | Micheal McCauley | 5/10/2016 | Theresa Caldwell | East Lawrence County School District | Donn Mixon | 4 | Parent | N/A | |
| 40 | H-16-36 | Gary J. Corrothers | 3/7/2016 | Theresa Caldwell | Little Rock School District | Khayyam Eddings | 4 | District | 1/10/2017 | 309 |
| 41 | H-16-40 | Micheal McCauley | 4/7/2016 | Theresa Caldwell | Forrest City School District | Sharon Streett | 3 | District | N/A | |
| **2016-17** | | | | | | | | | | N/A |

Exhibit 1 to Review

| # | Case No. | Hearing Officer | Date Filed | Petitioner Rep | District | Respondent Rep | Issues | Prevailing Party | Decision Date | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | H-17-19 | Danna J. Young | 11/29/2016 | Theresa Caldwell | Omaha School District | Jay Bequette | 4 | Parent | 4/14/2017 | 136 |
| 43 | H-17-27 | Robert B. Doyle, Ph.D. | 1/9/2017 | Theresa Caldwell | Green County Tech School District | Donn Mixon | 7 | Parent | 11/3/2017 | 298 |
| 44 | EH-17-28 | Robert B. Doyle, Ph.D. | 4/24/2017 | Chad L. Cumming Jr. | Pulaski County Special School District | Jay Bequette and Cody Kees | 1 | Parent | 5/31/2017 | 37 |
| 45 | H-17-10 | Robert B. Doyle, Ph.D. | 10/7/2016 | Theresa Caldwell | Mountian Home School District | Sharon Streett | 7 | District | 6/5/2017 | 241 |
| 46 | H-17-07 | Danna J. Young | 9/17/2016 | Theresa Caldwell | East Poinsett County School District | Donn Mixon | 2 | District | 11/29/2016 | 73 |
| 47 | H-17-08 | Micheal McCauley | 9/26/2016 | Theresa Caldwell | Bryant School District | Jeremy Lasiter | 3 | District | 12/23/2016 | 88 |
| **2017-18** | | | | | | | | | | |
| 48 | H-18-30 | Micheal McCauley | 5/22/2018 | Theresa Caldwell | Vilionia School District | Jay Bequette | 1 | District | 10/11/2018 | 142 |
| 49 | H-18-29 | Danna J. Young | 5/10/2018 | Theresa Caldwell | Lawrence County School District | Donn Mixon | 3 | Parent | 9/4/2018 | 117 |
| 50 | H-18-13 | Micheal McCauley | 1/4/2018 | Theresa Caldwell | Riverside School District | Donn Mixon | 3 | District | 3/26/2018 | 81 |
| 51 | EH-18-23 | Robert B. Doyle, Ph.D. | 3/23/2018 | Theresa Caldwell | Vilionia School District | Jay Bequette | 1 | Parent | 4/25/2018 | 33 |
| 52 | H-18-08 | Danna J. Young | 11/2/2017 | Lawrence Walker | Little Rock School District | Khayyam Eddings | 6 | Parent | 4/21/2018 | 170 |
| 53 | H-18-04 | Robert B. Doyle, Ph.D. | 9/20/2017 | Theresa Caldwell | Searcy County School District | Sharon Streett | 7 | Parent | 12/21/2017 | 92 |
| 54 | H-18-22 | Robert B. Doyle, Ph.D. | 3/13/2018 | Theresa Caldwell | Vilionia School District | Jay Bequette | 1 | Parent | 5/25/2018 | 73 |
| 55 | H-18-21 | Micheal McCauley | 3/12/2018 | Theresa Caldwell | Vilionia School District | Jay Bequette | 4 | Parent in part | 6/23/2018 | 103 |
| **2018-19** | | | | | | | | | | |
| 56 | H-19-31 | Danna J. Young | 6/4/2019 | Theresa Caldwell | Springdale School District | Kendra Clay | 3 | District | 9/7/2019 | 95 |
| 57 | H-19-28 | Danna J. Young | 5/9/2019 | Lawrence Walker | Little Rock School District | Khayyam Eddings | 2 | District | 7/23/2019 | 75 |
| 58 | H-19-24 | Micheal McCauley | 3/18/2019 | John Elrod, Micheal Sutton and George Rozzell, IV | Omaha School District | Marshall Ney and Katherine Campbell | 3 | District | 8/8/2019 | 143 |
| 59 | H-19-20 | Danna J. Young | 2/19/2019 | Theresa Caldwell | White Hall School Disitrct | Cody Kees | 5 | Parent | 5/10/2019 | 80 |
| 60 | H-19-15 | Danna J. Young | 1/23/2019 | Ben Brockert | Atkins School District | Sharon Streett | 3 | District | 5/16/2019 | 113 |
| 61 | H-19-06 | Danna J. Young | 10/22/2018 | Ben Brockert | Haas Hall Academy Charter School | Mark Henry and Victoria H.Jones | 1 | District | 1/21/2019 | 91 |
| **2019-20** | | | | | | | | | | |
| 62 | H-20-02 | Danna J. Young | 8/12/2019 | Theresa Caldwell | Monticello School District | Jay Bequette | 3 | Parent | 2/24/2020 | 196 |

Exhibit 1 to Review

| # | Case No. | Hearing Officer | Filed Date | Filed By | School District | Attorney | Days | Party | Decision Date | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | H-20-05 | Micheal McCauley | 8/23/2019 | Theresa Caldwell | Bentonville School District | Marshall Ney | 3 | District | 11/5/2019 | 74 |
| 64 | H-20-07 | Dana McClain | 9/11/2019 | Parent | Little Rock School District | Khayyam Eddings | 2 | District | 11/25/2019 | 75 |
| 65 | H-20-09 | Danna J. Young | 9/23/2019 | Theresa Caldwell | Russellville School District | Sharon Streett | 8 | Parent | 3/10/2020 | 169 |
| 66 | H-20-10 | Dana McClain | 10/7/2019 | Theresa Caldwell | Jacksonville North Pulaski School District | Scott Richardson | 5 | Parent | 1/16/2020 | 101 |
| 67 | H-20-15 | Danna J. Young | 12/13/2019 | Theresa Caldwell | Atkins School District | Jay Bequette | 5 | Parent | 5/13/2020 | 152 |
| 68 | H-20-22 | Danna J. Young | 2/18/2020 | Luther Sutter | Lakeside School District | Cody Kees | 1 | Parent | 6/18/2020 | 121 |
| 69 | H-20-28 | Micheal McCauley | 3/25/2020 | Theresa Caldwell | Heber Springs School District | Cody Kees | 5 | Parent | 7/27/2020 | 124 |
| 70 | H-20-35 | Danna J. Young | 6/17/2020 | Theresa Caldwell | Monticello School District | Jay Bequette | 2 | Parent | 9/24/2020 | 99 |
| **2020-21** | | | | | | | | | | |
| 71 | H-21-02/ H-21-07 | Dana McClain | 7/10/2020 | Theresa Caldwell | Mayflower School District | Jay Bequette | 6 | Parent | 11/25/2020 | 138 |
| 72 | H-21-01 | Micheal McCauley | 7/1/2020 | Theresa Caldwell | Beebe School District | Cody Kees | 4 | Parent | 10/31/2020 | 122 |
| 73 | H-21-06/ H-21-09 | Danna J. Young | 8/17/2020 | Theresa Caldwell | Atkins School District | Jay Bequette | 2 | Parent | 11/10/2020 | 85 |
| 74 | H-21-17 | Micheal McCauley | 12/4/2020 | Angela Artherton | Lead Hill School District | Cody Kees | 3 | District | 5/3/2021 | 150 |
| 75 | H-21-11 | Dana McClain | 10/8/2020 | Theresa Caldwell | Greenbrier School District | Jay Bequette | 7 | Parent | 5/12/2021 | 216 |
| 76 | H-20-29/ H-21-08/ H-21-24 | Danna J. Young | 4/1/2020 | Theresa Caldwell | El Dorado School District | Sharon Streett, Khayyam Eddings, Christopher Heller | 16 | Parent | 6/14/2021 | 439 |
| 77 | H-20-34/ H-21-23 | Danna J. Young | 6/10/2020 | Theresa Caldwell | Russellville School District | Sharon Streett | 10 | Parent | 7/3/2021 | 388 |
| 78 | H-21-27/ H-21-37 | Dana McClain | 3/2/2021 | Theresa Caldwell | Palestine-Wheatley School District | Cody Kees | 7 | Parent | 8/11/2021 | 162 |
| 79 | H-21-32 | Dana McClain | 4/14/2021 | Theresa Caldwell | Palestine-Wheatley School District | Cody Kees | 4 | Parent | 8/16/2021 | 124 |
| 80 | H-21-34 | Dana McClain | 4/26/2021 | Theresa Caldwell | Benton School District | Jennifer Flinn | 3 | Parent | 8/23/2021 | 119 |
| 81 | H-21-26/ H-21-31 | Danna J. Young | 2/26/2021 | Theresa Caldwell | Pulaski County Special School District | Jay Bequette | 5 | Parent | 8/24/2021 | 179 |
| 82 | H-21-36 | Dana McClain | 5/27/2021 | Theresa Caldwell | Greenbrier School District | Jay Bequette | 1 | Parent | 9/28/2021 | 124 |
| 83 | H-21-38 | Danna J. Young | 6/16/2021 | Theresa Caldwell | Palestine-Wheatley School District | Teddy Stewart and Cody Kees | 3 | Parent | 10/28/2021 | 134 |
| 84 | H-21-13/ H-21-18 | Danna J. Young | 10/19/2020 | Theresa Caldwell | Atkins School District | Jay Bequette | 2 | District | 10/15/2021 | 361 |
| **2021-22** | | | | | | | | | | |

Exhibit 1 to Review

| # | Case | Attorney | Date | Hearing Officer | District | Opposing Counsel | Days | Prevailing | Decision Date | Pages |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | H-22-25 | Danna J. Young | 12/31/2021 | Theresa Caldwell | El Dorado School District | Khayyam Eddings | 3 | Parent | 3/22/2022 | 81 |
| 86 | H-22-05 | Dana McClain | 8/18/2021 | Theresa Caldwell | Benton School District | Jennifer Flinn | 4 | District | 11/23/2021 | 97 |
| 87 | H-22-01 | Micheal McCauley | 7/2/2021 | Theresa Caldwell | Palestine-Wheatley School District | Cody Kees | 3 | Parent | 10/6/2021 | 96 |
| 88 | H-22-13 | Danna J. Young | 10/22/2021 | Theresa Caldwell | El Dorado School District | Khayyam Eddings | 2 | District | 1/15/2022 | 85 |
| 89 | EH-22-22 | Dana McClain | 12/9/2021 | Theresa Caldwell | North Little Rock School District | Cody Kees | 2 | Parent | 1/12/2022 | 34 |
| 90 | H-22-19/ H-22-24 | Dana McClain | 11/18/2021 | Theresa Caldwell | Little Rock School District | Khayyam Eddings | 5 | District | 3/14/2022 | 116 |
| 91 | H-22-38 | Dana McClain | 3/17/2022 | Theresa Caldwell | Benton School District | Jennifer Flinn and Amanda Amick-Lytle | 2 | Parant | 6/30/2022 | 105 |
| 92 | H-22-30 | Danna J. Young | 2/1/2022 | Theresa Caldwell | Bryant School District | Jeremy Lasiter | 7 | District | 7/20/2022 | 169 |
| 93 | H-22-34 | Danna J. Young | 2/25/2022 | Theresa Caldwell | Little Rock School District | Khayyam Eddings | 7 | Parent | 9/9/2022 | 196 |
| 94 | H-22-35 | Dana McClain | 3/3/2022 | Lawrence Walker and Amy LaFont | Searcy County School District | Cody Kees | 6 | District | 9/24/2022 | 205 |
| | **2022-23** | | | | | | | | | |
| 95 | EH-23-14 | Cheryl L. Reinhart | 9/22/2022 | Thomas Nichols | Booneville School District | Teddy Stewert | 3 | Parent | 11/2/2022 | 41 |
| 96 | H-23-13 | Cheryl L. Reinhart | 9/20/2022 | Theresa Caldwell | Quitman School District | Jay Bequette | 4 | Parent | 4/3/2023 | 195 |
| 97 | H-23-02 | Dana McClain | 7/5/2022 | Theresa Caldwell | Greenwood School District | Sharon Streett, Bridgette Work | 9 | District | 2/24/2023 | 234 |

% of cases
0.752577319587629

Avg # of days:
4.18556701

Avg:
152.6382979
Avg w/ parent pro se:
66.85714286

Exhibit 1 to Review

CLO Awards of Fees and Costs

| Date | Case No. | Court | Judge | Total Requested | Total Awarded | Percent of Request |
|---|---|---|---|---|---|---|
| 8/31/2017 | 2:15-cv-02197-PKH | W.D. Ark. | P.K. Holmes, III | $ 69,206.74 | $ 27,750.00 | 40% |
| 9/22/2017 | 3:16-cv-00183-DPM | E.D. Ark. | D. Price Marshall | 35,295.66 | 17,936.83 | 51% |
| 3/12/2018 | 3:16-cv-00023-DPM | E.D. Ark. | D. Price Marshall | 52,203.12 | 30,506.62 | 58% |
| 3/16/2018 | 5:15-cv-05020-TLB | W.D. Ark. | Timothy L. Brooks | 131,065.87 | 42,837.55 | 33% |
| 5/29/2018 | 3:17-cv-00004-BSM | E.D. Ark. | Brian S. Miller | 39,017.24 | 39,017.24 | 100% |
| 6/8/2020 | 4:18-cv-00219-KGB | E.D. Ark. | Kristine G. Baker | 66,602.62 | 51,284.98 | 77% |
| 6/8/2020 | 4:18-cv-00855-DPM | E.D. Ark. | D. Price Marshall | 41,145.86 | 26,028.40 | 63% |
| 7/20/2021 | 4:20-cv-00256-BRW | E.D. Ark. | Billy Roy Wilson | 65,710.28 | 32,077.48 | 49% |
| 2/23/2023 | 4:21-cv-00987-BRW | E.D. Ark. | Billy Roy Wilson | 100,353.50 | 45,649.90 | 45% |
| 9/13/2023 | 4:22-cv-00168-JM | E.D. Ark. | James Moody | 51,552.00 | 28,111.00 | 55% |
| 9/18/2023 | 4:21-cv-00039-BSM | E.D. Ark. | Brian S. Miller | 96,994.50 | 47,369.00 | 49% |
| | | | **TOTAL** | **749,147.39** | **388,569.00** | **52%** |

Prepared 10/11/23