# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**VILONIA SCHOOL DISTRICT**     **PLAINTIFF**

v.     NO. 4:18-cv-00219-KGB

**M.S. and T.S., As Parents of A.R.S.**     **DEFENDANTS**

### DECLARATION OF PAUL J. JAMES

I, Paul J. James, make the following declaration under oath in connection Defendants' motion for attorneys' fees and costs:

1. I have been admitted to practice in the State of Arkansas since 1983. I am a member of the bar of the Arkansas Supreme Court, the Eastern and Western Districts of Arkansas, the Eighth Circuit Court of Appeals, and the United States Supreme Court. I am a member of the Arkansas Bar Association, the American Bar Association, and the Pulaski County Bar Association. I was also a former member, secretary-treasurer, and president of the William R. Overton Inn of Court and I have served on the executive committee of the Henry Woods Inn of Court. I am a member of the American Board of Trial Advocates. I am a former member and Chairman of the Public Defender Commission.

2. I have 36 years of experience in civil rights litigation. Upon graduating from the University of Arkansas School of Law in 1982, I entered

Exhibit C - Declaration of Paul J. James

private practice and an eventual partnership with former U.S. Attorney W.H. "Sonny" Dillahunty. Civil rights litigation was an integral part of our law firm's practice. In 1986, I founded my present law firm with Anthony J. Sherman. Since 1986, I have continuously been in private practice in this law firm and civil rights litigation has been a major part of this law firm's practice since its inception. In 2011, at the request of Saint John's University School of Law, I participated by invitation as a panel member in its Civil Rights law symposium.

3. To prepare this Declaration, I reviewed the District Court's Order entered on 30 September 2019 to familiarize myself with the kind and quality of legal services provided by Theresa L. Caldwell and Clay Fendley in this case.

4. I am familiar the hourly rates prevailing in the Eastern District of Arkansas for the kind and quality of legal services provided by Caldwell and Fendley in this case.

5. It is my opinion that a reasonable hourly rate for Caldwell's work in this case is $350.00 per hour.

6. It is my opinion that a reasonable hourly rate for Fendley's work in this case is $250.00 per hour.

Exhibit C - Declaration of Paul J. James

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

                                              _____
                                              Paul J. James

                                              DATE: 8 October 2019

Exhibit C - Declaration of Paul J. James