# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VILONIA SCHOOL DISTRICT**  PLAINTIFF

v.   NO. 4:18-cv-00219-KGB

**M.S. and T.S., As Parents of A.R.S.**  DEFENDANTS

## DECLARATION OF AUSTIN PORTER, JR

I, Austin Porter, Jr., make the following declaration under oath in connection Defendants' motion for attorneys' fees and costs:

1. I have been admitted to practice in the State of Arkansas since on or about 26 August 1986. I am a member of the bar of the Arkansas Supreme Court, the Eastern and Western Districts of Arkansas, and the Eighth Circuit Court of Appeals.

2. I have 33 years of experience in civil rights litigation in state and federal courts in Arkansas.

3. To prepare this Declaration, I reviewed the District Court's Order entered on 30 September 2019 to familiarize myself with the kind and quality of legal services provided by Theresa L. Caldwell and Clay Fendley in this case.

4. I am familiar the hourly rates prevailing in the Eastern District of Arkansas for the kind and quality of legal services provided by Caldwell and Fendley in this case.

5. It is my opinion that a reasonable hourly rate for Caldwell's work in this case is $350.00 per hour.

6. It is my opinion that a reasonable hourly rate for Fendley's work in this case is $250.00 per hour.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_____
Austin Porter, Jr.

DATE: 10-8-2019