# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| C.R. and P.R., Individually, and as Parents of H.R., | § § § § | |
| Plaintiffs | § § | CASE NO. 4:22-cv-00167-BSM |
| v. | § | |
| BENTON SCHOOL DISTRICT, | § § § | |
| Defendant | § § | |

---

## DECLARATION OF THERESA CALDWELL

---

I, Theresa Caldwell, being duly sworn depose and declare that:

### BACKGROUND AND EXPERIENCE

1.     I am a resident of the State of Arkansas. My business, Caldwell Law Office, (CLO") is located at 14 Alban Lane, Little Rock, Arkansas 72223.  This Declaration is based on my own personal knowledge.  It is offered in support of the Plaintiffs' Motion for attorneys fees and costs

associated with litigating the Administrative Due Process Hearings - Cases H-21-34 ("DPH #1) & H-22-38 (DPH #3) and in defending the appeal of the administrative hearing (DPH #3) in this Court.

2.      Clay Findley is my employee and serves "of Counsel" at Caldwell Law Office where he assists when necessary in the litigation of special education due process hearings and chiefly handles our related federal cases arising out of due process hearings - such as this one. I have reviewed his Declaration and his time records associated with the cases are encompassed in Exhibits A, B, C, & D and I find all entries of his time to be reasonable and necessary in bringing about the results obtained.

3.      I am an attorney licensed to practice and in good standing in all courts in Arkansas; in federal courts in the Eastern and Western Districts of Arkansas; the Northern District of Texas; the District Court of Arizona, and the U.S. Court of Appeals in the 8th Circuit, and have litigated in all these courts.

4.      I have practiced in the field of special education law representing parents and students involving claims brought pursuant to

the Individuals With Disabilities Education Act, ("IDEA"), 20 U.S.C. § 1400 *et seq.*, § 504 and the ADA since my first case in 1993, and have practiced exclusively in this area for the past 9 years.

5.      I am a member of the Council of Parent Attorneys and Advocates ("COPAA"), a non profit organization seeking to protect the legal and civil rights of students with disabilities and their families.  This organization provides critical continuing legal education and training through its annual convention that - although expensive - is critical for litigating due process hearing and civil rights issues arising under the IDEA and related civil rights claims.[1]

6.      I have presented CLE presentations for NBI Seminars in the area of special education law; and have presented private CLE Seminars to the Arkansas DHS attorneys and Disability Rights - Arkansas - a national non-profit "PAA" organization appointed by the Governor to represent

_____

[1] COPAA's 2023 Annual Conference took place in San Francisco, CA.

children with disabilities.[2]  I have also presented numerous presentations for parent and developmental disability provider groups across the State and have assisted and consulted with numerous attorneys on special education issues. I have been to numerous conferences across the country to receive special education CLE to keep up with the ever changing issues involving special education law.

## IDEA - A SPECIALTY PRACTICE

7.     Special education cases are particularly challenging for parent attorneys - as none of the parents have adequate financial resources to pay me to litigate due process hearing cases. Schools are aware of this imbalance of power and routinely deny parents needed services for their children. Most all districts in Arkansas - such as this one - use insurance coverage to litigate due process hearings. This has resulted in a sharp increase in due process hearings actually litigated and appeals to federal court.  The IDEA fee provisions have been held not to allow

---

[2]Since 1977, Disability Rights of Arkansas has been the designated "protection and advocacy" ("P&A") organization for people with disabilities to provide legal services at no cost. This organization is required for the State to receive IDEA funds. 42 U.S.C. § 15043. Nevertheless, Disability Rights has not litigated any due process hearing cases in the past several years.

reimbursement for the costs of expert witnesses. As expert witnesses are readily available in all schools on public funds - any expert witness for Parents are either paid out of pocket by the Parent or testify without pay. To the extent relevant and the *Johnson* factors apply, this would make these cases for parent attorneys "undesirable" and support the rates sought in this matter.

8.      I am the only attorney in Arkansas who regularly litigates due process hearings. Since the death of my husband and the resumption of my practice in July 2019, I have filed an average of 35 Due Process Complaints per year. Of the 140 Due Process Hearings I litigated, I lost only 3 of those which I have appealed.

9.      A longitudinal study found that unlike my average of prevailing in Due Process Hearing cases, the national average reflects that "in cases where parents did not have attorney representation, school districts prevailed in 98% of the hearings. When parents did have attorney representation, school districts prevailed in 64% of the

hearings."[3] In the 2020-21 school year, *I litigated 13/14 Due Process Hearings conducted by the Arkansas Department of Education.*

10.    Because of my experience and knowledge, I know what the probability is to win on an issue and use this knowledge to settle or litigate. Because I only do special education law cases in which I only get attorney fees if I prevail, I am very aware of what it takes to win a case.

11.    No two Due Process Hearing cases are alike, as each child with a disability is unique and requires a Free Appropriate Public Education ("FAPE") which means the child must benefit from the services provided depending upon his or her unique abilities. As I must prepare my case based only on the records and my what my Parent tells me, I must spend the required time to prove the denial of a FAPE in order to prevail.

12.    These two Due Process Hearing cases should have been settled and I attempted to do so at various times.

---

[3] https://journals.sagepub.com/doi/10.1177/2158244015577669
.

13.     Special education cases generally represent a specialty practice. This includes a detailed but precise administrative process focused on assessment, eligibility, meeting, monitoring and program development (Individual Education Plan ("IEP")) – focusing on the many educational and civil rights issues and relating to the medical, psychiatric, psychological and applied health sciences. Many of the key processes and rules arise in an unreported body of administrative rulings, federal OSEP policy letters, and historic and customary practices involving schools and special education programs. Thus, the outcome of these cases directly and significantly benefit from the experience and expertise of legal counsel.

**ADMINISTRATIVE TIME - DUE PROCESS HEARING**
**(Cases H-21-34 (DPH #1) & H-22-38 (DPH #3)**

**APPROPRIATE HOURLY RATE**

14.     In assessing the rates attorneys may charge, in my 31 years of practicing law and 29 years of practicing special education law, I know of no other hourly compensated practice of law on the plaintiff (parent) side of the Bar that requires similar effort, experience, and complexity.

15.    The procedures in a due process hearing is governed by statute. 20 U.S.C. § 1415 and ADE Regulations implementing this section. ADE Reg. § 10.00[4].  There are strict timelines that run from the time I file the due process complaint to when the due process hearing begins (30 days). 34 C.F.R. § 300.515

16.    During this 30 day time period, I must obtain the child's educational records; prepare any exhibits I need to use; disclose all documents, audios, videos, etc. I may use at the hearing 5 business days before it starts, speak with consultants and experts, and before familiar with evidence. There is no discovery allowed and I am not allowed to speak with District teachers, administrators, or personnel since they are represented by counsel.  *There is no discovery except for the disclosure of names of witnesses and exhibits* that a party intends to use 5 business

---

[4] https://dese.ade.arkansas.gov/Offices/special-education/early-childhood-special-education/sections-1-to-30

days prior to the hearing (ADE Reg § 10.01.27)[5] and I am not allowed to speak with District teachers or administrators prior to the Hearing.

17      In short, I must prepare a parent's case from the ground up and handle the evidence and testimony including expert testimony of school witnesses - as it arises at the hearing - all by simply reviewing (and analyzing records, speaking with my witnesses and consultants, and preparing my exhibits. I am also routinely assigned the burden of proof and of going forward in the due process hearings I file.  The resources seem unbalanced against a parent attorney when compared to the government who has their own "in-house" experts who can assist in the preparation of their case.

18.      In my opinion, the Court should give extra weight to the factors of necessary expertise coupled with the condensed nature of a due process hearing and the preparation required without discovery; the stakes and needs of the clients (children) at issue; the complexity of the underlying issues; the time required administratively which engulfs a

_____
[5]https://dese.ade.arkansas.gov/Offices/special-education/early-childhood-special-education/sections-1-to-30

small firm practice; and the total absence of attorneys willing to take cases and litigate in this field in determining the appropriateness of a reasonable attorney fee.

### BILLING AND FEE RATES

19.    Attached to this Declaration is a true copy of billing statements in DPH #1, DPH #3, and this federal case setting out the time expended by task, and an invoice for all costs associated with these cases. The billing statements were prepared using contemporaneous time records and include administrative work done by my paralegal.  *As shown on my billing statement, I expended a total of 91:14 hours in DPH #1; 56:19 hours in DPH #3; and 2:42 hours in this federal case for a total of 150:15 hours in the two (2) Due Process Hearing proceedings, and this action and according, a reasonable attorneys' fee for the work she performed in this case is $52,587.50. hours charged at $350 per hour.*

20.    I also expended $1,392.80 in costs that I kept track of by receipts and documentation as set forth in the attached invoice.

21.     My regular hourly rate charged to clients is $350 per hour, and I have charged that hourly rate since 2015. Throughout my 29 years presenting parents, only 1 so far has afforded to pay me attorney's fees for a due process hearing. The Parents in this case paid me $1,500.00 towards their attorney's fees, as they could not afford additional fees.  The overwhelming majority of the clients I represent are unable to pay even this much (3%) of the fees that it costs to litigate their cases - and as I usually must wait 2-3 years to be awarded fees for my representation. As stated in our Brief, I was most recently awarded $350 per hour. *See A.W. v. Pulaski Cnty. Special Sch. Dist.*, No. 4:22CV00168 JM, 2023 WL 5959496, at *2 (E.D. Ark. Sept. 13, 2023).

22.     If it weren't for the IDEA's attorney's fee shifting provision and the grace of God, I would not be able to continue to represent parent's of children with disabilities.  All other fees and costs involving their case have been advanced in hopes of ultimately recovering fees and costs at the end of the litigation as a prevailing party.

23.  I am very aware of time I spend in preparing for due process hearings and have used my experience to streamline my presentation and exhibits at due process hearings - as well as knowing the matters on which the parent will likely prevail.

24.  The attorney's fees and costs as set forth in the attached billing sheets for the underlying two (2) due process hearing cases; the federal case and defending this appeal are as follows: ***Caldwell attorney fees are $52,587.50; Findley's attorney fees are $5,841.68; Paralegal work total $970.82 and costs are $1,392.80 totaling $60,482.80***.  My review of the time charged based upon the stages of the two due process hearing and the District's appeal reinforce my conclusion that the attorneys fees and costs sought in this case are reasonable and necessary to have brought about the result.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Theresa L. Caldwell, Declarant

DATED:  October 13, 2023

# Does v Benton SD - FEDERAL 4:22-cv-00167-BSM-2



Issue date: 10/13/2023

Due date: 10/13/2023

**Bill from**

**Caldwell Law Office**

14 Alban Lane
Little Rock, Arkansas  72223
Phone: 501.414.0434
Fax: 501.325.1502
Email: theresa@specedattorney.com
Website: www.specedattorney.com

**Bill to**



3009 Daffodil Cove
Benton, AR 72015

DPH Case H-21-34 (DPH #1)

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 04/16/2021 - ▮▮▮▮ - DPH - Theresa - Initial meeting with Parents; discuss issues and needed services | 3.20 | 350.00 USD | 1,120.00 USD |
| 04/22/2021 - ▮▮▮▮ - DPH - Theresa - Parent conference to discuss additional issues and events | 1.00 | 350.00 USD | 350.00 USD |
| 04/22/2021 - ▮▮▮▮ - DPH - Theresa - Receive and review Parent Records | 0.85 | 350.00 USD | 297.50 USD |
| 04/24/2021 - ▮▮▮▮ - DPH - Theresa - Review Parent Records | 2.87 | 350.00 USD | 1,004.50 USD |
| 04/25/2021 - ▮▮▮▮ - DPH - Theresa - Draft Due Process Complaint; Conference with Parent to discuss; write Letter for Parent to send to District to postpone IEP meeting | 3.67 | 350.00 USD | 1,284.50 USD |
| 04/26/2021 - ▮▮▮▮ - DPH - Theresa - Finalize file DP Complaint; prepare ADE Info Sheet | 3.22 | 350.00 USD | 1,127.00 USD |
| 04/27/2021 - ▮▮▮▮ - DPH - Darlene - Review Due Process Complaint to prepare Records Request | 0.27 | 100.00 USD | 27.00 USD |
| 04/27/2021 - ▮▮▮▮ - DPH - Darlene - Review Due Process Complaint to prepare Records Request | 0.17 | 100.00 USD | 17.00 USD |
| 04/27/2021 - ▮▮▮▮ - DPH - Darlene - Review Parent records received;organize | 0.18 | 100.00 USD | 18.00 USD |

| | | | |
|---|---|---|---|
| 04/27/2021 - ███ ███ - DPH - Darlene - Review Parent records received;organize | 0.12 | 100.00 USD | 12.00 USD |
| 04/27/2021 - ███ ███ - DPH - Darlene - Review Parent records received;organize | 0.67 | 100.00 USD | 67.00 USD |
| 04/28/2021 - ███ ███ - DPH - Theresa - Correction received from District Attorney; forward pleading and ADE Info | 0.22 | 350.00 USD | 77.00 USD |
| 05/03/2021 - ███ ███ - DPH - Darlene - Receive and review Order Setting Preliminary Timelines;H-21-24 DP Complaint and ADE Sheet; Scheduling Letter. Calendar Deadlines | 0.15 | 100.00 USD | 15.00 USD |
| 05/05/2021 - ███ ███ - DPH - Darlene - Prepare PreTrial Disclosure Sheet | 0.13 | 100.00 USD | 13.00 USD |
| 05/05/2021 - ███ ███ - DPH - Darlene - Review and print District Records rcvd 5-4-21 | 1.55 | 100.00 USD | 155.00 USD |
| 05/05/2021 - ███ ███ - DPH - Darlene - Review and print District Records rcvd 5-4-21 | 0.40 | 100.00 USD | 40.00 USD |
| 05/05/2021 - ███ ███ - DPH - Darlene - Review and print District Records rcvd 5-4-21 | 0.45 | 100.00 USD | 45.00 USD |
| 05/06/2021 - ███ ███ - DPH - Theresa - Receive and review District Response to DP Complaint dtd 5-6-21; meeting with Parents; attend Resolution Conference | 3.58 | 350.00 USD | 1,253.00 USD |
| 05/06/2021 - ███ ███ - DPH - Theresa - Receive and review Student Records from District | 1.08 | 350.00 USD | 378.00 USD |
| 05/12/2021 - ███ ███ - DPH - Darlene - Parent PreTrial Disclosure Sheet | 0.38 | 100.00 USD | 38.00 USD |
| 05/12/2021 - ███ ███ - DPH - Darlene - Review and organize additional District Records rcvd 5-6-21 | 0.43 | 100.00 USD | 43.00 USD |
| 05/12/2021 - ███ ███ - DPH - Darlene - Review and organize additional District Records rcvd 5-6-21 | 0.15 | 100.00 USD | 15.00 USD |
| 05/18/2021 - ███ ███ - DPH - Darlene - Received additional Parent Records 24 pages OT and ST Evals | 0.03 | 100.00 USD | 3.00 USD |
| 05/19/2021 - ███ ███ - DPH - Darlene - Conference with Parent to discuss fidgett taken away. IEP issue. Received correspondence from Parent regarding issue. | 0.03 | 100.00 USD | 3.00 USD |
| 05/25/2021 - ███ ███ - DPH - Darlene - Correspondence to Parents re District Response to DP Complaint. | 0.03 | 100.00 USD | 3.00 USD |
| 05/25/2021 - ███ ███ - DPH - Darlene - Receive and review Scheduling Order from HO dtd 5-6-21. Calendar dates. Possible calendar conflict for DPH dates June 16-18, 2021. | 0.05 | 100.00 USD | 5.00 USD |

| | | | |
|---|---|---|---|
| 05/31/2021 - ███████ - DPH - Theresa - Prepare letter request for records | 1.10 | 350.00 USD | 385.00 USD |
| 06/14/2021 - ███████ - DPH - Darlene - Receive and review Order Granting Motion for Continuance dtd 6-11-21. PreHearing Conference rescheduled 7-19-21 at 10:00 and the DPH is rescheduled for July 21-23 2021. Calendared | 0.07 | 100.00 USD | 7.00 USD |
| 07/08/2021 - ███████ - DPH - Theresa - Review Exhibits and prepare for DPH - Day 1 | 6.18 | 350.00 USD | 2,163.00 USD |
| 07/12/2021 - ███████ - DPH - Darlene - Review IEPs, DP Complaint, prepare OT, PT, ST charts for DPH | 0.32 | 100.00 USD | 32.00 USD |
| 07/12/2021 - ███████ - DPH - Darlene - Review IEPs, DP Complaint, prepare OT, PT, ST charts for DPH | 1.08 | 100.00 USD | 108.00 USD |
| 07/12/2021 - ███████ - DPH - Darlene - Review IEPs, DP Complaint, prepare OT, PT, ST charts for DPH | 0.77 | 100.00 USD | 77.00 USD |
| 07/12/2021 - ███████ - DPH - Theresa - Conference with Parent to finalize witness list and exhibits; finalize pretrial disclosures and send to atty | 3.40 | 350.00 USD | 1,190.00 USD |
| 07/12/2021 - ███████ - DPH - Theresa - Review records and prepare for PreTrial Conference; Conference with Parent to discuss exhibits; prepare demonstrative exhibits for DPH; Attend PreHearing Conference | 4.35 | 350.00 USD | 1,522.50 USD |
| 07/15/2021 - ███████ - DPH - Darlene - Review and prepare Parent Exhibits for DPH | 0.60 | 100.00 USD | 60.00 USD |
| 07/16/2021 - ███████ - DPH - Darlene - Prepare Parent DPH Exhibit Binders | 1.28 | 100.00 USD | 128.00 USD |
| 07/16/2021 - ███████ - DPH - Darlene - Prepare Parent DPH Exhibit Binders | 0.35 | 100.00 USD | 35.00 USD |
| 07/16/2021 - ███████ - DPH - Darlene - Received from District and prepare ST Chart 2019-2020 | 4.20 | 100.00 USD | 420.00 USD |
| 07/16/2021 - ███████ - DPH - Theresa - Conference with Parent to discuss offer; ST logs received from District; review documents and select exhibits for DPH; prepare Exhibit Binders; Witness order for Monday to atty and HO; email electronic copy of exhibits to atty and HO; Correspondence to Parent on case status | 9.78 | 350.00 USD | 3,423.00 USD |
| 07/17/2021 - ███████ - DPH - Theresa - Review and select exhibits for DPH; correspondence to Parent re: witnesses; finalize Exhibit Binders | 7.30 | 350.00 USD | 2,555.00 USD |
| 07/19/2021 - ███████ - DPH - Theresa - DPH - Day #1 | 7.38 | 350.00 USD | 2,583.00 USD |
| 07/19/2021 - ███████ - DPH - Theresa - Review Exhibits and prepare for DPH - Day 2 | 2.00 | 350.00 USD | 700.00 USD |

| Date / Description | Hours | Rate | Amount |
|---|---|---|---|
| 07/20/2021 - ▮▮▮▮ - DPH - Theresa - DPH - Day #2 | 10.08 | 350.00 USD | 3,528.00 USD |
| 07/20/2021 - ▮▮▮▮ - DPH - Theresa - Review Exhibits and prepare for DPH - Day 3 | 1.75 | 350.00 USD | 612.50 USD |
| 07/21/2021 - ▮▮▮▮ - DPH - Theresa - DPH - Day #3 | 10.35 | 350.00 USD | 3,622.50 USD |
| 08/05/2021 - ▮▮▮▮ - DPH - Theresa - Receive and review Transcripts from DPH | 2.70 | 350.00 USD | 945.00 USD |
| 08/14/2021 - ▮▮▮▮ - DPH - Theresa - Research and prepare Post Trial Brief | 4.33 | 350.00 USD | 1,515.50 USD |
| 08/27/2021 - ▮▮▮▮ - DPH - Darlene - Received HO Final Decision and Order dtd 8-23-21 | 0.13 | 100.00 USD | 13.00 USD |
| 08/27/2021 - ▮▮▮▮ - DPH - Theresa - Receive and review Final Decision and Order; Conference with Parent | 0.83 | 350.00 USD | 290.50 USD |

| | |
|---|---|
| SUBTOTAL | 33,326.00 USD |
| **TOTAL AMOUNT DUE** | **33,326.00 USD** |

NOTES

Make Checks Payable to:
Theresa Caldwell
14 Alban Lane
Little Rock, AR 72223

# Does v Benton SD - FEDERAL 4:22-cv-00167-BSM-3



Issue date: 10/13/2023

Due date: 10/13/2023

Bill from

**Caldwell Law Office**

14 Alban Lane
Little Rock, Arkansas  72223
Phone: 501.414.0434
Fax: 501.325.1502
Email: theresa@specedattorney.com
Website: www.specedattorney.com

Bill to

███ ███

Chris and Paula ███
3009 Daffodil Cove
Benton, AR 72015

DPH Case H-22-38 (DPH #3)

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 03/15/2022 - ███ DPC#3 - Clay Fendley - Discussed with TLC; reviewed parent records; records from file; drafted due process complaint; email to TLC | 2.22 | 250.00 USD | 555.00 USD |
| 03/17/2022 - ███ DPC#3 - Theresa - Review and revise Due Process Complaint; conference with Parent to discuss; review Parent documents and finalize Complaint; ADE Information Form prepared; Complaint submitted to ADE | 2.67 | 350.00 USD | 934.50 USD |
| 03/25/2022 - ███ DPC#3 - Darlene - Receive and review Order Setting Preliminary Timeline dtd 3-18-22; Scheduling Letter dtd 3-18-22; H-22-38 DP Complaint filed 3-17-22; Resolution Conference deadline April 1, 2022; calendar deadline | 0.22 | 100.00 USD | 22.00 USD |
| 03/29/2022 - ███ DPC#3 - Theresa - Receive and review District Response to DPC#3 | 0.53 | 350.00 USD | 185.50 USD |
| 04/20/2022 - ███ DPC#3 - Theresa - Receive and review District PreTrial Disclosures; correspondence to District Attorney regarding conflict for DPH and Request for Continuance | 1.00 | 350.00 USD | 350.00 USD |
| 04/22/2022 - ███ DPC#3 - Theresa - Prepare Motion for Continuance | 0.33 | 350.00 USD | 115.50 USD |
| 04/22/2022 - ███ DPC#3 - Theresa - Receive and review District Motion to Dismiss | 0.72 | 350.00 USD | 252.00 USD |

| | | | |
|---|---|---|---|
| 04/22/2022 - ▮ DPC#3 - Theresa - Research issues and claim preclusion raised by District; OSEP opinion issued 4-15-22; prepare Response to District's Motion to Dismiss | 3.37 | 350.00 USD | 1,179.50 USD |
| 05/02/2022 - ▮ DPC#3 - Darlene - Order granting motion for continuance dtd 4-24-22; calendar | 0.05 | 100.00 USD | 5.00 USD |
| 05/11/2022 - ▮ DPC#3 - Theresa - Correspondence to Parent to discuss conflict and DPH scheduled for 5/24-5/25 | 0.22 | 350.00 USD | 77.00 USD |
| 05/12/2022 - ▮ DPC#3 - Theresa - Correspondence to HO and District Attorney re: Parent conflict for DPH and will be filing a Motion for Continuance | 0.15 | 350.00 USD | 52.50 USD |
| 05/17/2022 - ▮ DPC#3 - Darlene - Prepare Parent PreTrial Disclosure Sheet | 0.07 | 100.00 USD | 7.00 USD |
| 05/17/2022 - ▮ DPC#3 - Theresa - Receive and review OT, ST notes from District; correspondence to District Attorney concerning Continuance | 0.63 | 350.00 USD | 220.50 USD |
| 05/18/2022 - ▮ DPC#3 - Theresa - Prepare and file Motion for Continuance due to Parent conflict remaining | 0.27 | 350.00 USD | 94.50 USD |
| 05/20/2022 - ▮ DPC#3 - Theresa - Correspondence to District Attorney outlining District Records needed for DPH and outstanding exhibits to review | 0.38 | 350.00 USD | 133.00 USD |
| 05/22/2022 - ▮ DPC#3 - Theresa - Conference with OT expert concerning DPH and Exhibits | 0.75 | 350.00 USD | 262.50 USD |
| 05/22/2022 - ▮ DPC#3 - Theresa - Correspondence to expert to discuss DPH exhibits and testimony | 0.25 | 350.00 USD | 87.50 USD |
| 05/22/2022 - ▮ DPC#3 - Theresa - Prepare and finalize Parent PreTrial Disclosures; Witness names and documents to District | 1.87 | 350.00 USD | 654.50 USD |
| 05/22/2022 - ▮ DPC#3 - Theresa - Receive and review Video Clips of ▮ for DPH | 0.58 | 350.00 USD | 203.00 USD |
| 05/23/2022 - ▮ DPC#3 - Theresa - Receive and review of District final Exhibits for DPH from District; conference with Parents | 2.00 | 350.00 USD | 700.00 USD |
| 05/23/2022 - ▮ DPC#3 - Theresa - Receive and review updated classroom assessments from District; correspondence to District Attorney requesting monitoring progress data | 0.47 | 350.00 USD | 164.50 USD |
| 05/23/2022 - ▮ DPC#3 - Theresa - Receive and review updates ST, OT notes and progress reports from DPH | 0.78 | 350.00 USD | 273.00 USD |
| 05/23/2022 - ▮ DPC#3 - Theresa - Review and select records for DPH Exhibits; organize and scan Exhibits; prepare and index Parent DPH Exhibit Binders | 5.25 | 350.00 USD | 1,837.50 USD |

| | | | |
|---|---|---|---|
| 05/23/2022 - ▮▮▮ DPC#3 - Theresa - Tab Exhibits and prepare for DPH - Day 1 | 2.00 | 350.00 USD | 700.00 USD |
| 05/24/2022 - ▮▮▮ DPC#3 - Theresa - Conference with ST expert to discuss testing needed for re-eval and District ST eval | 0.42 | 350.00 USD | 147.00 USD |
| 05/24/2022 - ▮▮▮ DPC#3 - Theresa - Conference with expert to discuss testimony and exhibits | 1.53 | 350.00 USD | 535.50 USD |
| 05/24/2022 - ▮▮▮ DPC#3 - Theresa - DPH - Day 1 | 9.92 | 350.00 USD | 3,472.00 USD |
| 05/25/2022 - ▮▮▮ DPC#3 - Theresa - Conference with Parent to prepare for DPH; Review Exhibits and prepare for DPH Day 2 | 11.22 | 350.00 USD | 3,927.00 USD |
| 06/09/2022 - ▮▮▮ DPC#3 - Theresa - Receive and review transcripts of DPH - Day 1 and 2 | 1.50 | 350.00 USD | 525.00 USD |
| 06/16/2022 - ▮▮▮ DPC#3 - Theresa - Review transcripts; review and revise Post Hearing Brief | 4.23 | 350.00 USD | 1,480.50 USD |
| 07/05/2022 - ▮▮▮ DPC#3 - Clay Fendley - Reviewed HO's decision | 0.10 | 250.00 USD | 25.00 USD |
| 07/05/2022 - ▮▮▮ DPC#3 - Clay Fendley - Reviewed HO's decision; prepared attorney notes | 0.15 | 250.00 USD | 37.50 USD |
| 07/12/2022 - ▮▮▮ DPC#3 - Darlene - Received Hearing Officer Final Decision and Order dtd 6-30-22 | 0.02 | 100.00 USD | 2.00 USD |
| 07/29/2022 - ▮▮▮ DPC#3 - Theresa - Correspondence to District attorney to discuss August 1 IEP Meeting. Review HO final Order; Conference with Parent | 1.82 | 350.00 USD | 637.00 USD |
| 08/01/2022 - ▮▮▮ DPC#3 - Theresa - Meeting to implement HO Order and discuss changes to IEP | 1.47 | 350.00 USD | 514.50 USD |

| | |
|---|---|
| SUBTOTAL | 20,369.00 USD |
| **TOTAL AMOUNT DUE** | **20,369.00 USD** |

NOTES

Make Checks Payable to:
Theresa Caldwell
14 Alban Lane
Little Rock, AR 72223


**Bill from**

**Caldwell Law Office**

14 Alban Lane
Little Rock, Arkansas  72223
Phone: 501.414.0434
Fax: 501.325.1502
Email: theresa@specedattorney.com
Website: www.specedattorney.com

**Bill to**

████ ████
████ ████
3009 Daffodil Cove
Benton, AR 72015

IN RE ████ v BENTON SCHOOL DISTRICT CASES DPH#1 H-21-34; DPH#3; FEDERAL 422-cv-00167-BSM

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 12/14/2021 - Reviewed record and drafted complaint for IDEA fees and 504 - Clay Fendley | 1.10 | 250.00 USD | 275.00 USD |
| 01/19/2022 - Reviewed and revised draft complaint; email to TLC re: filing - Clay Fendley | 0.30 | 250.00 USD | 75.00 USD |
| 02/04/2022 - Review, revise to be filed; conference with Parent to review; finalize Complaint and Exhibits A, B, C - Theresa | 2.70 | 350.00 USD | 945.00 USD |
| 02/17/2022 - Prepare Summons to District - Darlene | 0.10 | 100.00 USD | 10.00 USD |
| 02/17/2022 - Reviewed draft complaint; prepared civil cover sheet; prepared for filing - Clay Fendley | 0.40 | 250.00 USD | 100.00 USD |
| 02/18/2022 - Prepare 5 copies Complaint with Exhibit A,B,C; file at Federal court - Darlene | 2.50 | 100.00 USD | 250.00 USD |
| 02/22/2022 - Reviewed complaint filed by TLC with additional claims re: need to file amended complaint before service; email to TLC - Clay Fendley | 0.40 | 250.00 USD | 100.00 USD |
| 04/27/2022 - Reviewed Answer; email to TLC - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 07/05/2022 - Reviewed emails re: 26(f) report; email to District re: preparing draft report - Clay Fendley | 0.10 | 250.00 USD | 25.00 USD |
| 07/07/2022 - Reviewed draft 26(f) report; email to counsel re: same - Clay Fendley | 0.50 | 250.00 USD | 125.00 USD |

| | | | |
|---|---|---|---|
| 07/18/2022 - Email from att'y Taylor re: 26(f) report; researched discovery on fee claim; discussed with TLC; emailed reply - Clay Fendley | 0.50 | 250.00 USD | 125.00 USD |
| 07/18/2022 - Preparation of first amended complaint re: DPH#3; email to TLC - Clay Fendley | 1.60 | 250.00 USD | 400.00 USD |
| 07/19/2022 - Email from counsel re: amendment; emailed reply - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 08/09/2022 - Reviewed District's initial disclosures and prepared our initial disclosures - Clay Fendley | 0.50 | 250.00 USD | 125.00 USD |
| 08/17/2022 - Reviewed emails; follow -up email re: appeal? - Clay Fendley | 0.40 | 250.00 USD | 100.00 USD |
| 09/01/2022 - Email from att'y Flinn re: appeal; emailed reply re: filing amended complaint; reviewed and revised amended complaint; emailed to TLC for review and filing - Clay Fendley | 1.00 | 250.00 USD | 250.00 USD |
| 09/19/2022 - Email from att'y Flinn, reviewed pleadings, emailed reply - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 09/28/2022 - Reviewed Answer and Counterclaim; calendared; prepared Answer to Counterclaim; emailed to TLC for review and filing - Clay Fendley | 0.50 | 250.00 USD | 125.00 USD |
| 10/18/2022 - Reviewed file re: status and upcoming deadlines - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 04/21/2023 - Email from counsel re: discovery, depositions, and settlement; reviewed Complaint re: settlement demand; - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 05/02/2023 - Email from counsel re: depositions dates; reviewed complaint; email to client re: deposition dates; email to counsel re: same - Clay Fendley | 0.40 | 250.00 USD | 100.00 USD |
| 05/02/2023 - Email from counsel with first set of discovery re: 504 claim; prepared draft responses; emailed to client for review - Clay Fendley | 1.40 | 250.00 USD | 350.00 USD |
| 05/03/2023 - Emails from client; emailed reply - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 05/03/2023 - Telephone conference with client re: discovery and whether to drop 504 claim - Clay Fendley | 0.40 | 250.00 USD | 100.00 USD |
| 05/05/2023 - Telephone conference with client re: dropping 504 claim; telephone conference with TLC; emailed counsel re: intent to dismiss 504 claim - Clay Fendley | 0.30 | 250.00 USD | 75.00 USD |
| 05/08/2023 - Prepared and filed motion to dismiss without prejudice - Clay Fendley | 0.30 | 250.00 USD | 75.00 USD |
| 05/10/2023 - Email from counsel re: making settlement demand; email to Darlene re: pulling invoices - Clay Fendley | 0.10 | 250.00 USD | 25.00 USD |

| | | | |
|---|---|---|---|
| 09/25/2023 - Phone message from att'y Taylor; forwarded to TLC with message; reply from TLC; email to Taylor re: settlement offer and trial preparation - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 09/27/2023 - Discussed with TLC; email to Andy Taylor re: revised proposal for how to proceed - Clay Fendley | 0.20 | 250.00 USD | 50.00 USD |
| 09/27/2023 - Reviewed pleadings re: preparation of pretrial disclosures; email to counsel re: agreement for new scheduling order - Clay Fendley | 0.70 | 250.00 USD | 175.00 USD |
| 10/11/2023 - Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees - Clay Fendley | 1.90 | 250.00 USD | 475.00 USD |
| 10/11/2023 - Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees - Clay Fendley | 1.40 | 250.00 USD | 350.00 USD |
| 10/12/2023 - Reviewed time records; reviewed HO decisions summary; prepared JCF's Affidavit; motion and brief for IDEA attorneys' fees - Clay Fendley | 2.20 | 250.00 USD | 550.00 USD |

SUBTOTAL 5,705.00 USD

**TOTAL AMOUNT DUE** **5,705.00 USD**

NOTES

Make Checks Payable to:
Theresa Caldwell
14 Alban Lane
Little Rock, AR 72223

#  - EXPENSES H-21-34, H-22-05, H-22-38, FEDERAL 422-cv-00167-BSM



Issue date: 10/13/2023

Due date: 10/13/2023

Bill from

**Caldwell Law Office**

14 Alban Lane
Little Rock, Arkansas 72223
Phone: 501.414.0434
Fax: 501.325.1502
Email: theresa@specedattorney.com
Website: www.specedattorney.com

Bill to

███ ███

███ and ███ ███

3009 Daffodil Cove
Benton, AR 72015

███ v BENTON SCHOOL DISTRICT EXPENSES DPH CASE H-21-34, H-22-05, H-22-38, FEDERAL 422-cv-00167-BSM

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| H-21-34 - Copies | 3,048.00 | 0.14 USD | 426.72 USD |
| H-21-34 - Miscellaneous | 1.00 | 84.00 USD | 84.00 USD |
| H-22-05 - Copies | 674.00 | 0.14 USD | 94.36 USD |
| H-22-05 - Miscellaneous | 1.00 | 48.00 USD | 48.00 USD |
| H-22-38 - Copies | 1,638.00 | 0.14 USD | 229.32 USD |
| H-22-38 - Miscellaneous | 1.00 | 72.00 USD | 72.00 USD |
| Federal - Copies | 260.00 | 0.14 USD | 36.40 USD |
| Federal Filing Fee | 1.00 | 402.00 USD | 402.00 USD |

| | | |
|---|---|---|
| SUBTOTAL | | 1,392.80 USD |
| **TOTAL AMOUNT DUE** | | **1,392.80 USD** |

NOTES

Make Checks Payable to:
Theresa Caldwell
14 Alban Lane
Little Rock, AR 72223