IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOES, *C.R. and P.R.*,                                                         PLAINTIFFS
*Individually and as*
*Parents of H.R.*

v.                        CASE NO. 4:22-CV-00167-BSM

BENTON SCHOOL DISTRICT                              DEFENDANT

## ORDER

Plaintiffs' motion for attorneys' fees [Doc. No. 19] is granted in part. The Benton School District is ordered to pay $28,069.81 in attorneys' fees and $1,188.80 in costs.

The Individuals with Disabilities Education Act ("IDEA") allows for reasonable attorneys' fee awards. 20 U.S.C. § 1415(i)(3)(B). "A reasonable fee is one that is adequate to attract competent counsel, but . . . [does] not produce windfalls to attorneys." *Hendrickson v. Branstad*, 934 F.2d 158, 162 (8th Cir. 1991) (internal quotations omitted). The IDEA permits the reduction in fees when: (1) "the parent, or the parent's attorney, during the course of the action or proceeding, unreasonably protracted the final resolution of the controversy"; (2) "the amount of the attorneys' fees otherwise authorized to be awarded unreasonably exceeds the hourly rate prevailing in the community for similar services by attorneys of reasonably comparable skill, reputation, and experience"; or (3) "the time spent and legal services furnished were excessive considering the nature of the action or proceeding." 20 U.S.C. §§ 1415(i)(3)(F)(i)–(iii).

Plaintiffs' request for $52,587.50 for the work of Theresa L. Caldwell, $5,841.68 for

the work of Clay Fendley, $970.82 for administrative work, and $1,392.80 in costs is unreasonable because both the hourly rates and number of hours submitted by the lawyers are too high.  Plaintiffs' request for $350 an hour for Caldwell and $250 an hour for Fendley is excessive for IDEA cases in this district.  I find that reasonable hourly rates are $250 for Caldwell and $200 for Fendley. *See Does v. Mayflower Sch. Dist.*, 4:21-CV-00039-BSM, 2023 WL 6066692 (E.D. Ark. Sept. 18, 2023) (awarding $250 an hour for Caldwell and $200 an hour for Fendley).  The requested rate for the paralegal—$100 an hour—is reasonable.  The amount of time spent by the lawyers litigating the due process hearings is unreasonable.  Given the plaintiffs' limited success and the excessive time their lawyers spent, a 35 percent reduction in the lawyers' time is warranted.  Finally, plaintiffs' request for costs includes $204 in "miscellaneous" costs.  These will not be awarded.

    After the reduction in hourly rates and number of hours billed, plaintiffs are awarded $28,069.81 in attorneys' fees and $1,188.80 in costs.

    IT IS SO ORDERED this 21st day of December, 2023.

                                               _____
                                               UNITED STATES DISTRICT JUDGE