IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOES,** *C.R. and P.R.*,  **PLAINTIFFS**
*Individually and as*
*Parents of H.R.*

v.  CASE NO. 4:22-CV-00167-BSM

**BENTON SCHOOL DISTRICT**  **DEFENDANT**

## JUDGMENT

Consistent with the orders entered on May 12, 2023 [Doc. No. 14] and September 29, 2023 [Doc. No. 17], this case is dismissed.

IT IS SO ORDERED this 21st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE